UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION _____/ | MDL CASE NO. 3:11-MD-2244-K |

**NOTICE OF RELATED ACTION**

Plaintiff, Todd M. England, by and through the undersigned attorneys, hereby files this Notice of Related Action in accordance with Case Management Order No. 1 and LR 3.3(a) and (b)(3), and would notify the Court as follows:

Plaintiff's Complaint styled *Todd M. England v. DePuy Orthopaedics, Inc., et al.*, has been filed directly in the Northern District of Texas MDL 2244 proceedings as the issues and facts are common to the actions that have been brought under or removed to such MDL.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 20th day of February, 2015 using the CM/ECF system which will send notice of electronic filing to all parties of record.

Respectfully submitted:

_/s/ Michael Goetz/_

MICHAEL GOETZ, ESQUIRE
Florida Bar No. 963984
Morgan & Morgan
Complex Litigation Group
One Tampa City Center, 7th Floor
201 N Franklin Street
Tampa, Florida 33602
Telephone (813) 223-5505
Facsimile (813) 223-5402
E-Mail: MGoetz@forthepeople.com
Counsel for Plaintiff