ANDREW PARKER FELIX (SBN 276002)
afelix@forthepeople.com
KRISTOPHER BONHAM (SBN 1010914)
kbonham@forthepeople.com
**MORGAN & MORGAN, P.A.**
633 West Fifth Street, Suite 2200
Los Angeles, CA 90071
Telephone: (323) 825-3424
Facsimile: (213) 418-3983
Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD M. ENGLAND,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC., et al.<br><br>    Defendants. | Case No. CV 23-0040-GW-JCx<br><br>**ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY WITH MEMORANDUM IN SUPPORT**<br><br>Judge: Hon. George H. Wu<br>Magistrate Judge: Hon. Jacqueline Choolijan |

ON THIS DAY, came to be considered Plaintiff's Motion to Substitute Party with Memorandum in Support Having considered the Motion and the Memorandum in Support, IT IS HEREBY ORDERED that Plaintiff's Motion to Substitute Party is GRANTED.

Danielle Mercier as Special Administrator to the Estate of Todd England is hereby substituted for Todd England as the Plaintiff in this action.

The Court sets a status conference for June 3, 2024 at 8:30 a.m. The parties are to file a joint status report by noon on May 30, 2024.

It is so ORDERED.

Dated: May 7, 2024

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE