# EXHIBIT 1

**EXPERT REPORT OF STEPHEN LI**


I.      **Assignment**


I am being designated as an expert in the fields of biomedical engineering, particularly regarding the materials, design, testing, and clinical results of hip implants.


II.     **Qualifications**

I hold six patents in the areas of ion separation membranes and modifying ultra-high molecular weight polyethylene for joint replacements. I have authored approximately 100 publications and presentations at scientific meetings listed in my curriculum vitae. I have been an invited author to several books edited by orthopaedic and directed at orthopaedic surgeons regarding joint replacement.

I was on the editorial board for the Journal of Arthroplasty from 2000 to 2005. I have been a consultant reviewer for the Journal of Bone and Joint Surgery since 1996 and am a 'Top Reviewer 'for the Journal Clinical Orthopaedics and Related Research. I have extensive expertise in evaluating biomaterial mechanical properties, biomaterial/implant design, research and development modes on materials and implant designs for total joint replacements and have worked or provided consulting services to most or major orthopaedic manufacturing companies in the United States.

I have extensive experience with FDA regulatory procedures, processes and the Orthopedics and Rehabilitation Devices Advisory Panels. Since the early 1990s, I have served as a voting panel member in 16 FDA Advisory Panels including 5 years as a 'permanent voting member' of the Orthopaedics and Rehabilitation Devices Advisory Panel. I remain on the list of active consultant reviewers.

Since 1992 I have also served as a consultant for virtually all the major orthopaedic companies. These consultations include evaluation or new technologies, competitive analysis of products, research collaborations, education, sales training and product development issues. I have been an invited speaker and lecturer at over 50 courses around the world at meetings sponsored by companies and universities.

Since 1992 I have served as an expert witness in legal proceedings for both plaintiff and defendants. These cases generally involved product liability issues or intellectual property issues.

In 2001, I was a co-founder of Brighton Partners, Inc. (Sarasota, Fl). Brighton Partners was a manufacturer of knee and hip polyethylene implants. I also served as director of research. In 2010, the company was sold to Exactech Orthopaedic Company (Gainesville, Fl). I no longer have any role with this company.

III.    **Basis for Opinions**

1

This report includes a summary of my opinions in the form of findings and the basis for these opinions. My opinions in this case are within the bounds of reasonable engineering and scientific certainty. To the extent that additional discovery is produced, I may formulate additional opinions.

I base my opinions on my past education, training, and professional experience. A copy of my CV is provided. I also base my opinions on a review of scientific and medical literature related to MoM hip implants, including the Pinnacle products. Further, I base my opinions on documents identified and/or produced in this litigation as well as depositions of witnesses taken in this case.

## IV.   Other Testimony Within The Past Four Years

In the past four years, I have provided trial or deposition testimony as an expert witness in the following cases:

- 10/19/2017 – Bilecki v. Orthopaedic Synergy, Inc. et al – Superior Court, Bristol County, Massachusetts – 1473-cv-01160
- 5/8/2018 – Dearborn et al v. Orthopedics, Inc, et al – Circuit Court, Broward County, Florida - CACE-15-012881
- 5/30/2018 – Adams v. Zimmer US, Inc., et al – USDC E.D. PA – 5:17-cv-00621

## V.   Matierials Reviewed and/or To Be Relied Upon

In addition to the particular documents footnoted or otherwise cited specifically within my report, a copy of the documents I have reviewed and/or have relied upon to form my opinions are generally described below.

[populating list now based on all documents we provided to you plus all documents you provided to us including the articles]

## VI.   Compensation

The professional service fee I charge for all tasks that I have undertaken in this case is $700 per hour.

## VII.   Substance of the Facts and Opinions

*These opinions are given to a reasonable degree of scientific certainty.*

This report provides my opinions regarding the history, technology, testing and clinical performance of Pinnacle Metal-on-Metal (MoM) Implants. The sources of my information I reviewed and relied on are provided in the report or in the footnotes.

The following is a summary of my key opinions which will be supported in the following report.

**Summary of Key Points.**

1.  The metal-on-metal (MoM) devices developed in the 1960s, like the McKee Farrar, Ring and Sivash all generated metal debris and metal ions.
2.  All of these devices were abandoned by the early 1970s in favor of metal on pe devices which had better survivorships and did not generate metal debris and metal ions.
3.  Metal-on-Polyethylene implants with demonstrated performance were available from Depuy and other manufacturers at the time Pinnacle MoM implants were used.
4.  The issues of metallosis and adverse reactions to metal debris were well documented twenty years before the introduction of the Pinnacle MoM Implant
5.  Metal on pe devices were and are the 'gold standard' performance in that they give the best long term survivorship performance
6.  However, in the late 1980's, it was recognized that pe wear particles could limit the long term survivorship of implants.
7.  Depuy was aware of the excellent performance of MoP implants and was not confident of providing an improvement.  A quote from a Depuy engineer, "We know that the outcome with poly is very good and to try and demonstrate that either MoM or CoC was any better would be almost impossible."
8.  MoM devices were reintroduced into the market in the late 1990s' in an effort to provide and an implant which would produce lower wear than metal on pe.
9.  The Pinnacle MoM hip was approved for use in 1999 using the 510(k) approval which relied on minimal preclinical testing and were based on substantial equivalence to devices which were known to have clinically failed.
10. Reaction to metal debris causes a wider variety and more severe adverse reactions than polyethlene.  These include tissue necrosis and infection
11. The Depuy Ultima MoM hip was introduced before Pinnacle MoM.  Depuy claimed that the Pinnacle and Ultima MoM devices were identical in design, material and locking mechanisms. However, Ultima was found to have an unacceptably high revision rate.
12. In 2012, an FDA panel concluded that there was not a clinical situation where a MoM implant should be a first choice.
13. In 2019, the FDA published that metal ions can enter the blood stream and cause issues such as hypersensitivity (rash), cardiomyopathy, auditory and visual impairment, psychological changes, renal impairment and thyroid dysfunction.
14. In 2019, the FDA published the potential risks of MoM Implants include infection, loosening, dislocation, osteolysis, fracture, inflammatory reactions, soft tissue masses and systemic events related to metal ions.
15. Depuy's marketing was misleading as it claimed Pinnacle MoM Implants had lower wear than Metal on Pe implants.  This claim was based on comparing wear rates expressed in terms of volume or weight of material lost rather than the number of particles generated.
16. Depuy and the orthopaedic community was well aware that the metal particles generated in a MoM hip, like Pinnacle, may 100x or more smaller than pe particles.
17. The smaller particles means that for equal volumes of metal and pe wear particles, there are many times more metal particles than pe.

18. In Depuy's own hip simulation tests, there were more than 1000x times more metal particles generated even though the volume of metal wear was less than pe wear

19. The number of pe particles associated with osteolysis has been well reported in the literature. This establishes a threshold value for the number of particles it takes to cause osteolysis.

20. The number of metal particles generated in a Pinnacle MoM hip is larger than this threshold value.

21. Depuy had the means to determine the number of wear particles produced in joint simulations based on values they generated.

22. There should have been no expectation that Pinnacle MoM implants would cause less of adverse reaction to wear debris than MoP

23. Depuy had developed a highly crosslinked pe product Marathon which had low wear rates and produced a number of particles less than the osteolysis threshold values.

24. Depuy had developed Altrx Pe, another crosslinked pe which had better wear resistance than Marathon.

25. Marathon was available for use at the time of the introduction of the Pinnacle MoM implant and was available at the time Pinnacle was implanted in this patient.

26. Depuy's claims that aSphere pre-contoured femoral heads had lower wear was not supported by their own hip simulation tests.

27. Depuy's claims that 'Trueglide Technology' forms a lubricating layer separating the femoral head from the acetabular liner were demonstrably false in Depuy's own in vitro testing. The lubricating layer was not always present as EVERY MoM implant has exhibited wear indicating that the femoral head came into direct contact with the acetabular liner

28. Depuy was aware that there was a large body of literature that documented the adverse reactions of metal debris and metal ions caused by MoM implants before and after the introduction of Pinnacle MoM implants.

29. Depuy had large financial incentive to sell Pinnacle MoM rather than Marathon. Pinnacle Metal liners were $7500 and Marathon liners were $2500.

30. Depuy's marketing strategy was to capture revenue to by focusing on Pinnacle MoM implants.

31. Depuy's preclinical hip simulation study did not adequately test conditions likely to be encountered by patients such as different load angle, different peak loads, running, stair climbing, starting and stopping and the separation of the femoral head from acetabular liner during each step. All of these effects have been reported to significantly effect wear rates.

32. Depuy did not adequately test the trunnion on the femoral stem. The use of a 'ridges' on the trunnion for ceramic heads was not tested for their effect on trunnion wear and corrosion.

33. Depuy did not conduct any clinical trials that measured the level of metal ion in patients that received Pinnacle MoM implants. Given the long and poor history of MoM implants due to metallosis and their own hip simulation where large amounts of metal debris were being produced, it was irresponsible not measure the metal ions in these patients.

34. Depuy claimed that the larger diameter of the femoral head used in Pinnacle provided more resistance to hip dislocation. However, Marathon was also offered in a 36mm size, which provided the same stability of a 36mm Pinnacle MoM. There is no/little evidence that usage of head sizes larger than 36mm provides fewer dislocations.

35. Depuy's marketing of Pinnacle MoM was misleading and therefore caused risk and harm to patients. Pinnacle did not have lower wear in terms of actual number of particle produced.

36. Depuy's aSphere Technology did not provide lower wear. Trueglide Technology did not provide as fluid layer between femoral head and acetabular liner.

## An Overview of Total Hip Replacements

There are currently over 2.5 million people with a total hip replacement in the US.[1] There will be approximately 400,000 total hip replacements are performed annually in the United States and this number is expected to increase to 635,000 by 2030.[2] Hip replacements are necessary to replace the natural hip joint which has deteriorated to the point where activities of daily living such as walking or getting into and out of chair become very difficult and/or painful. In advanced stages, the joint can be painful even in the absence of movement.

The most common cause of hip joint deterioration is osteoarthritis; other possible causes include inflammatory arthritis (e.g., rheumatoid or psoriatic arthritis), hip disorders of infancy and childhood, osteonecrosis (avascular necrosis), and trauma.

Figure 1 shows an illustration of the hip. The hip is a ball in socket joint with the femoral ball fitting into the acetabulum. Arthritis damages the normally smooth cartilage on the femoral head and motion against the damaged cartilage leads to pain.

A hip replacement is made up of several different pieces. The number of pieces depends on the design of the hip. A typical hip replacement has 4 components as shown in Figure 2.

Figure 1




The Hip Joint

Acetabulum
Femoral head
Femur



Figure 2

Acetabular Shell
Acetabular Liner
Femoral Head
Femoral Neck
Femoral Stem

---

[1] Kremers HM, Larson DR, Crowson CS, Kremers WK, Washington RE, Steiner CA, Jiranek WA, Berry DJ, 'Prevalence of Total Hip and Knee Replacement in the United States' JBJS 87L1386-1397(2015)
[2] Sloan M, Premkumar A, SM, Sheth NP, 'Projected Volume of Primary Total Joint Arthroplasty in the US 2014 to 2030' J Bone Joint Surg 100:1455(2019)

Figure 3 shows how the hip replacement is implanted into the hip.



As will be seen in this report, the materials used in a hip replacement are very important in determining the function and failure modes of the implant. There are many possible combinations of materials used which can lead to very different clinical success rates.

The femoral stem is generally made from an alloy of Cobalt, Chrome and Molybdenum (hereafter "CoCr") or a Titanium, Vandadium, Aluminum (hereafter "TiVAl"). Femoral stems come in a variety of shapes, sizes and surface roughness.

The femoral ball is generally made of CoCr alloy or ceramic. The ceramics are either made of Alumina, Zirconia or an alloy of Alumina and Zirconia.

The femoral and ball and acetabular liner make up the 'ball and socket' part of the hip replacement. The movement of the femoral ball and acetabular liner creates wear debris, regardless of the material combination used. If not properly designed or manufactured, the wear released from the ball and socket can cause undesirable adverse events. As illustrated in the following figure, the femoral head and liner can be made up of a combination of materials: MoM ("MoM"); metal on polymer; ceramic on ceramic ("CoC") and ceramic on polymer ("CoP").[3]



metal-metal  metal-polymer  ceramic-on-ceramic  ceramics-polymer

---

[3] Image Licensed from Adobe Stock

At issue in this case is the Pinnacle MoM Hip System manufactured by Depuy, a Johnson and Johnson Company. The Pinnacle Hip system is a modular system comprised of a femoral head, liner and an



acetabular cup. The surgeon has a choice of choosing polyethylene, metal for the liner and a choice of using a metal or ceramic femoral head with a polyethylene liner.

The focus of this report is the Pinnacle Metal-on-Metal (MoM)Hip system using a metal femoral head and metal liner.

The main objective of the Pinnacle MoM hip system was to provide an improvement over metal on polyethylene hip replacement by reducing wear and providing more stability. These objectives were not not met.

### Biomechanics of the Hip

The hip joint is one of the most used and mobile joints. It is also one of the most heavily loaded joints. The heavy loading on the hip is due to the large muscles that connect the hip to the pelvis. These muscles control hip joint motion and allow us to keep balance on one limb during walking and running and other activities. During the activities of normal living, walking, stair climbing, and running these muscles can exert 2 to 5 times the body weight of the patient.[4] This results in compressive loads on the hip joint of three to 6 times body weight. This means that a 150-pound patient can exert 450 to 900 pounds of load to the hip joint during some activities. In the US, the 85th percentile for the average male between the ages of 70-79 was 220 lbs. and the 95th percentile for ages 60-69 was 275lbs.[5] Depuy should have anticipated that there would be patients in these upper weight ranges.

A hip replacement is a mechanical device that is in use 24 hours/day and is subjected to constantly changing loads, load angles, loading rates, starting and stopping and operates in a chemical environment. Further, a hip replacement can not be serviced, cleaned or modified during use without subjecting the patient to surgery.

The closest mechanical device that can claim the longevity and continuous use of a MoP hip replacement is a refrigerator compressor which has an estimated life of 10-14 years. However, refrigerator owners are

---

[4] Burstein AH, Wright TM, 'Fundamentals of Orthopaedic Biomechanics' Willimans and Wilkins 1994
[5] Bergmann G. Bender A, Dymke J, Duda G, Damm P, 'Standardized loads acting in hip implants' Plos One 11(5)e0155612(2016)

instructed to perform cleaning and maintenance services to maximize the life of the compressor. Failure to do these services shortens the life of the compressor.[6]

Since the introduction and optimization of metal on pe hip replacements in the 1960s, a hip replacement is one of the most successful surgeries and the survivorships can be over 95% at 15 years of use. The Pinnacle MoM hip, like all MoM devices, that failed to equal the clinical success of existing metal on polyethylene devices

**History of Joint Replacement Bearing Surface Materials**

The key issue with the Pinnacle MoM hip replacement is the MoM (MoM) articulation. MoM hip replacements were developed in the 1950s and used for years before the introduction of metal-on-polyethylene hip replacements in the 1960s. However, by the 1970s, all MoM implants had been abandoned in favor of MoP implants due to higher revisions rates and issues related to adverse reactions to metal debris. For almost 20 years, polyethylene was the bearing of choice of hip replacements. In the late 1980s, it was recognized that wear from polyethylene could limit the lifetime of hip replacements. In the late 1990s, MoM were reintroduced into the marketplace with the hope that they could produce a MoM implant that did not have the problems associated with metal wear that ended the use of MoM devices 20 years previously. In the re-emergence of MoM implants, Depuy developed several versions of MoM implants including the Pinnacle MoM Implant at issue in this case. Like the first time MoM was introduced, MoM implants were again abandoned in 10 years' time due to the same issues with adverse reaction to metal debris and poor clinical results compared to implants with a polyethylene bearing surface. The details of these events are provided below.

Hip arthroplasty was first done in 1890 by Gluck, and in 1895 with a gold foil arthroplasty by Jones. In a bolder approach, Hey-Groves used ivory as replacement for the femoral head in 1922. In 1936, Judet introduced polymethyl methacrylate as the first synthetic polymeric material used as replacement for the femoral head.[7] However, the acrylic devices became loose quickly due to high wear rates.

The first *total* hip replacement (also referred to as Total Hip Arthroplasty or "THA"), in which both the ball and cup are replaced, is credited to Wiles in 1938. A key feature of a THA is the combination of bearing materials used in the ball and/or socket portion of the device. Scales provided the history of bearing materials in total hip replacements in 1967.[8]

**MoM Hip Replacements – Part 1**

The first total hip replacements made in the 1960s were MoM. These early designs include the McKee Farrar (UK), Ring (UK), and the Sivash (Soviet Union). The clinical performance of these early devices is worth examining as their methods of failures should have been instructive and these devices were used as the basis for FDA approval for the reintroduction of MoM implants like the Pinnacle MoM Hip replacement as well as MoM devices made by other manufacturers.

---

[6] Miller R, 'The Expected Life of a Refrigerator' SFGATE, Home Guides December 2018
[7] Jones, E.S., 'Joint Lubrication', Lancet, I1426-7, 1936
[8] Scales, J.T., 'Arthroplasty of the Hip Using Foreign Materials. A History.' Proc. Inst. Mech. Engr., 181, 63-89, 1967

From the earliest reports on MoM implants, the release of metal ions was a concern due to higher implant loosening and adverse biological reactions. [9] [10] [11] [12] [13] MoM devices also exhibited higher initial failure rates and occasional dark staining of the periarticular tissues by metallic wear debris.[14] McKee, himself, even stopped using the McKee Farrar in 1972 in favor of metal on polyethylene implants. [15] The Ring prosthesis introduced a polyethylene cup in place of metal before it was abandoned. By the mid-1970s, MoM implants were abandoned and completely displaced by polyethylene implants, such as the Charnley metal on polyethylene prosthesis.[16]

The McKee Farrar and Ring MoM implants will be discussed in some detail here as Depuy relies on them as 'predicate devices' in their FDA application for approval for their Pinnacle MoM implant. The McKee, Ring and Sivash implants are also referred to regularly in the literature as predecessors to not only the Pinnacle MoM but most of the MoM implants introduced into the market in the early 2000s.

**McKee Farrar**

The McKee Farrar is a key historic implant. It was one of the first MoM devices to be used and has been used by manufacturers as historic evidence of the success of MoM hip replacements. Depuy identified the McKee Farrar as a 'predicate device' in its FDA application for Pinnacle FDA approval. Depuy claimed that the Pinnacle was 'substantially equivalent' to the McKee Farrar. However, on closer examination, the performance of the McKee Farrar was unacceptable, even to McKee who also abandoned the devices in the 1970s in favor of metal of on pe. There was substantial clinical literature and FDA panel meetings in which the short comings of the McKee Farrar and other MoM devices were presented and known to Depuy.

McKee first described patients with necrotic (dead) tissue obtained from joint exploration at revision in 1971[17].

In 1972 Wilson et. Al. reported a 10% implant loosening rate in McKee Farrar implants at follow-up times of less than 2 years.[18]

Charosky (1973) described 18 failed McKee-Farrar implants in which 10 demonstrated a considerable amount of metallic and acrylic debris in periprosthetic tissue and the particles were noted as having

---

[9] Winter, G. D.; LeRay, J. L.; DeGroot, K. "Advances in Biomaterials, Volume 1: Evaluation of Biomaterials." Bath, Great Britian: John Wiley & Sons Ltd.; 1980: 316.

[10] Evans, E. M.; Freeman, M. A. R.; Miller, J. J.; and Vernon-Roberts, B; "Metal Sensitivity as a Cause of Bone Necrosis and Loosening of the Prosthesis in Total Joint Replacement" J. Bone and Joint Surgery, 56B, 626-42 (1974)

[11] Elves, M. W.; Wilson, J. N.; Scales, J.T.; and Kemp, H. B. S.; "Incidence of Metal Sensitivity in Patients with Total Joint Replacements" BMJ 4, 376-378 (1975)

[12] Benson MK, Goodwin PG, Brostoff J, 'Metal Sensitivity in Patients with Joint Replacements' BMJ 4:374(1975)

[13] Defendants recognize this in their presentation titled "Metal-on-Metal Past to Present" by Ryan Lakin, found at BMT-MM00044236.

[14] McKee GK, 'Total Hip Replacement-past, present and future', Biomaterials 3:130-135(1982)

[15] Amstutz HC, Grigoris P, 'MoM Bearing in Hip Arthroplasty' Clin Ortho Rel Res, 329, s11-s34(1996)

[16] Amstutz HC, Grigoris P, 'MoM Bearings in Hip Arthroplasty', Clin Orth Rel Res 329:S11-S34 (1996)

[17] McKee GK, 'Total Hip Replacement' M Jayson ed. London 1971 p47-67

[18] Wilson PD, Amstutz HC, Czernicki A, Salvati EA, Mendes DG, 'Total Hip Replacement with Fixation by Acrylic Cement. A Preliminary Study of 100 Consecutive McKee Farrar Prosthetic Replacements' J Bone Joint Surgery 54A:207-236 (1972)

stimulated nonspecific inflammatory response. 10 of the 18 McKee Farrar were revised due to infection and 8 were revised because of implant loosening. The authors described the amount of metallic debris in these patients as 'striking'.[19]

In 1973, McKee summarized the first 4 'generations' of McKee-Farrar implants. In this report, he chronicled the evolution of the McKee Farrar from the 1960s to 1973. In the most recent generation, he reported that at less than 3 years of follow-up, 37 of 251 were rated as poor or failed. *He reported switching to metal on polyethylene at the end of this article.[20]*

In 1973, Salaenius reported that at 4 years of follow-up using the McKee-Farrar hip replacement, 18% were evaluated as poor and there was implant loosening in 12%. This author, too, reported switching to metal on polyethylene.[21]

In 1973, Bentley reported on a study following 101 patients with McKee-Farrar implants vs 129 patients with a Charnley implant. [22] The metal on polyethylene Charnley implants clearly performed better than the McKee-Farrar. After less than 4 years of follow up, the results are summarized as:

|  | McKee Farrar | Charnley |
|---|---|---|
| Post-operative pain | 17% | 4% |
| Post-operative function | 58% normal | 70% normal |
| Loose implant | 6 | 0 |

In 1974, Walker et. Al. estimated the volumetric wear rate of McKee Farrar MoM hip replacements to be 5 mm$^3$/year. As will be discussed in detail below, this corresponds to more particles than generated in a high wear metal on polyethylene hip.[23]

In 1975 Jones reported high Co levels (in urine) in 5 McKee patients between 20 and 55μg/L. [24] They concluded that there was release of metallic debris in all McKee hip arthroplasties. The clinical syndrome with Co toxicity began 4 months to 4 years after implant. Pain, feeling of instability and dislocation may follow. The dislocation is a result of necrosis (death) of the gluteus medium muscle.

Patterson reported on his results of 403 McKee Farrar implants implanted between 1966 and 1970. 368 hips were included for review at an average follow up time of 1.4 years. Despite this short follow-up time, there were one or more complications in 115 (31%) of the 368 cases. 7% of the hip replacements were found to be loose. There was a 15% (63) failure rate for any reason.[25]

---

[19] Charosky CB, Bullough PG, Wilson PD, 'Total Hip Replacement Failures' JBJS 55A:49-59(1973)

[20] McKee GK, Chen SC 'The Statistics of the McKee Farrar Method of Total Hip Replacement' Clin Ortho Rel Res 95;26-33(1973)

[21] Salaenius P, Laurent LE, 'Experience with the McKee Farrar Total Hip Replacement' Acta Ortho Scand 44,451-459 (1973)

[22] Bentley G, Duthie RB, 'A Comparitive Review of McKee-Farrar and Charnley Total Hip Prosthesis' Clin Ortho Rel Res 95:127-142(1973)

[23] Walker PS, Salvati E, Hotzler RK, 'The Wear of Removed McKee Farrar Total Hip Prosthesis' JBJS 56:92-100(1974)

[24] Jones DA, Lucas HK, O'Driscoll M, Price HG, Wibberley B "Cobalt Toxicity After McKee Hip Arthroplasty' J Bone Joint Surgery 54B:289-296 (1975)

[25] Patterson FP, Brown CS, 'The McKee Farrar Total Hip Replacement', J Bone Joint Surg 54A:257-275 (1972)

In 1986, August reported results from 808 McKee Farrar hips implanted between 1965 and 1973. 230 hips were reviewed at an average follow-up time of 13.9 years. Only 7 hips were available for review at 20 years follow-up. Results were fair to poor in 51%. Using Kaplan Meier statistics, the McKee Farrar hips had 50% survivorship at 18.7 years and 27.5% at 20 years. Survivorship dropped 1% year for the first 14 years and then decreased more rapidly after that as shown in the table, below:



Fig. 9

Cumulative percentage of 657 hips surviving in situ in relation to time in years. The bars represent standard errors.

26

As discussed in the 1986 August article, above, these numbers can be compared to a report by Dobbs which showed a metal on polyethylene survivorship of 74% at 20 years.[27]

In one of the few papers that show that the 20 year survivorship of the McKee Farrar and Charnley were comparable was by Jacobsson in 1996, Jacobsson. He reported on a comparison of 107 McKee-Farrar MoM Implants vs 70 Charnley MoP implants. Although there was little statistical difference between the implants at 20 years, only 20% of the original implants last 20 years. The authors also caution that the apparent low wear of surviving MoM implants may be misleading as the metal particles are smaller than polyethylene particles. This issue will be discussed in detail below.[28]

In 1996, Jacobs reported on 8 McKee-Farrar patients who had their implants for over 20 years. They found that the levels of Co and Cr were elevated in all patients. They also measured the ion levels in 6 patients with contemporary MoM devices at less than 2 years of follow up and found that they had Cr and Co levels higher than the McKee-Farrar 20-year implants. [29] This was an early indication that the 'new' generation of MoM hip implants still generated metal wear.

In 1996 McKellop et. al. reported on the analysis of 21 retrieved MoM hip replacement of 3 different designs that had been in patients for up to 25 years. The designs were the McKee Farrar, Mueller and Ring Hip Implants. They estimated the average long-term wear rate as 6 mm$^3$ of metallic wear/year. This amount of wear corresponds to many trillions of particles of metals being released into patients each year.[30]

[26] August C, Aldam CH, Pynsent PB, 'McKee Farrar Hip Arthroplasty' J Bone Joint Surg 68B:520-527(1986)

[27] Dobbs HS, 'Survivorship of Total Hip Replacements' J Bone Joint Surg 62B:168-173 (1980)

[28] Jacobsson SA, Djerf K, Wahlstrom O '20 Year Results of McKee Farrar Versus Charnley Prosthesis' Clin Ortho Rel Res 329S:S60-S68(1996)

[29] Jacobs J, Skipor A, Doorn P, Campbell P, Schmalzreid T, Black J, Amstutz H, 'Cobalt and Chromium Concentration in Patients with MoM Total Hip Replacements' Clin Ortho Rel Res 329:S256-263(1996)

[30] McKellop HA, Park SH, Chiesa R, Doorn P, Lu B, Normand P, Grigoris P, Amstutz H, 'In Vivo Wear of 3 Types of MoM Hip Prosthesis during 2 decades of use', Clin Ortho Rel Res 329:S128-S140(1996)

It is important to note that all of these publications were published before the approval of the Depuy Pinnacle MoM Hip Replacement. Based on the poor clinical performance of the McKee Farrar, Depuy should have had considerable concern over the generation of metal wear debris from the Pinnacle MoM hip replacement.

**Other Early MoM Hip Replacements**

The McKee Farrar was not the only MoM hip replacement introduced and used in the 1960s. Two other hip replacements, the Ring and the Sivash MoM hips replacements were also used during this time. These devices had a different design than the McKee Farrar but they were all similar in that that the bearing couple was metal against metal. The Ring and Sivash are not only historic but named specifically by Depuy as 'predicate devices' in their FDA application for the Pinnacle MoM Implant.[31] That is, Depuy claimed that the Pinnacle MoM hip in 1999 was substantially equivalent to the Ring and McKee Farrar MoM hip replacements. They made these claims knowing that both devices were abandoned for poor performance vs metal on polyethylene hip replacements nearly 20 years before. The role of these devices in the Pinnacle FDA approval application will be discussed in the section devoted to the FDA process.

The McKee Farrar, Ring and Sivash Implants are pictured below.



**Ring Hip Replacement.** The Ring Hip replacement was obviously unusual with the use of a long, threaded screw on the acetabular shell.

Since the first use of the Ring hip replacement in 1968, the clinical results have been mixed and are summarized in the table below. The revision rates are all higher than that of metal on polyethylene devices. It should be noted that this table was published in 1991, well before the 510(k) application for the Pinnacle MoM System was submitted.[32]

---

[31] FDA 510(k) K001523 Depuy Ultima MoM Cup Depuy037773372 PLT-01030-00008
[32] Bryant MJ, Mollan AB, Nixon JR, 'Survivorship Analysis of the Ring Hip Artrhroplasty',J Arthroplasty 6:S6-S9(1991)

**Table 1. Results of Previous Studies for the Ring Metal-on-Metal Hip Arthroplasty**

| Author | No. Arthroplasties | Follow-up Period (Years) Range | Mean | Results Rating | % | Revisions No. | % |
|---|---|---|---|---|---|---|---|
| Lindholm and Puranen, 1976 (5) | 40 | 1–6 | 3 | Excellent | 17.5 | 5 | 12.5 |
| | | | | Good | 35.0 | | |
| | | | | Fair | 27.5 | | |
| | | | | Poor | 20.0 | | |
| Ring, 1978 (8) | 592 | 5–14 | | Excellent | 56.3 | | |
| | | | | Good | 21.1 | | |
| | | | | Fair | 5.2 | | |
| | | | | Poor | 17.4 | | |
| Ruszowski and Kovacic, 1978 (9) | 63 | 0.5–5 | 4 | Excellent | 33.0 | 3 | 4.8 |
| | | | | Good | 51.0 | | |
| | | | | Fair | 10.0 | | |
| | | | | Poor | 6.0 | | |
| Simesen, 1980 (10) | 295 | 2–9 | 5 | Excellent/good | 87.0 | 16 | 5.4 |
| | | | | Fair/poor | 13.0 | | |
| Andrew et al., 1984 (1) | 179 | 5–12 | 8 | Excellent | 13.0 | 20 | 11.2 |
| | | | | Good | 35.7 | | |
| | | | | Fair | 18.2 | | |
| | | | | Poor | 33.1 | | |
| Patterson, 1987 (7) | 1,797 | 5–20 | | | | 156 | 8.7 |

Ring himself abandoned the MoM version of his device in 1979.  He reported in 1983 that the metal on polyethylene version of his original MoM device was clinically superior to the original MoM.[33] Additionally, Nunn reported that in contrast to the Ring MoM system, a series of 1002 Ring UPM (metal on polyethylene) cases, at 5 years there were only 24 revision and 97.9% of the results were rated good or excellent.[34]  This clearly directly demonstrates the benefits of MoP over that of MoM.

In 1985, Andrew reported on a study that began with 179 Ring Hip Replacements.  At 12 years, 116 were available and 25% were rated as fair to poor.[35]

In 1991, Bryant reported on 253 Ring replacements.  At 20 years, 111 patients had died.  Of the remaining patients, 67 (26.5%) had been revised and 24 were lost to follow-up.  Only 51 patients were available for study.  Of the 67 revisions, 54 were for loosening of the acetabular cup, stem or both.[36]

**Sivash MoM Hip Replacement.**   Sivash began development of a total hip prothesis in 1956 at the Central Institute for Orthopaedics and Traumatology, Moscow, Russia. By 1967, Sivash had selected titanium alloy material for the femoral stem and chrome cobalt alloy for his ball and socket bearings.  The Sivash System, introduced in the United States by the U.S. Surgical Corporation in 1971, was not a clinical or marketing success.[37]  Due to poor clinical performance, the stem of the Sivash prosthesis was redesigned in 1975 to improve its function.  A notable addition at this time was the option for a polyethylene liner.   This

---

[33] Ring PA, 'General Orthiopaedics.  Ring UPM Total Hip Arthroplasty', Clin Ortho Rel Res 176:-123 (1983)

[34] Nunn D, 'The Ring Uncemented Plastic on Metal Total Hip Replacement.  5 Year Results' J Bone Joint Surgery 70B:40-44(1988)

[35] Andrew TA, Berridge D, Thomas A, Duke RNF 'Long Term Review of Ring Total Arthroplasty' Clin Ortho Rel Res 201:111(1985)

[36] Bryant MJ, Mollan RAB, Nixon JR 'Survivorship Analysis of the Ring Arthroplasty' J. Arthroplasy 6, supplement S5-S10(1991)

[37] Sivash, K. M.: "Alloplasty of the Hip Joint," (Moscow, U.S.S.R.: Central Institute for Traumatology & Orthopedics, 1967).

redesigned stem was named the SRN. Production of all versions of the Sivash and its successors ceased in 2007.[38] [39]

In 1999, Klapperich reported a case report of patient who had received a Sivash MoM hip replacement. After 14 years, both the acetabular and femoral components were loose and there was clear osteolysis around both components. At revision surgery, dark stained tissue was observed throughout the joint capsule, around the acetabulum and the femur. There were clear signs of metal wear on the bearing surfaces. This clearly demonstrated metal wear debris can cause osteolysis.

A summary of some of the MoM literature is provided by Dumbleton et. al.[40] In almost all series, a very high number of patients were lost to follow-up. The following table summarizes a portion of the data reported:

| Author | Publication Year | Design | Original/surviving | Average Follow-up | Revisions |
|---|---|---|---|---|---|
| August et al | 1986 | McKee Farrar | 808/175 | 13.9 | 64 |
| Djerf et al | 1986 | | 177/154 | 5 | 10 |
| Jacobssen et. al. | 1999 | | 107/31 | 20 | 30 |
| Brown | 2002 | | 123/20 | 28 | NA (>14) |
| Higuchi | 1996 | | 40/38 | 11.3 | 11 |
| Zahiri | 1999 | | 243/79 | 8 | 27 |
| Andrew | 1985 | Ring | 179/116 | 8.5 | NA (>15) |
| Bryant | 1991 | Ring | 253/51 | 20 | 67 |

The 1999 Jacobssen paper is often cited as an example of good long-term performance of the McKee Farrar MoM implant. This work compared 107 McKee Farrar hip replacements with 79 Charnley metal on polyethylene hip replacements. They reported a survivorship of 77 and 73% at 20 years for the MoM and metal on polyethylene group, respectively. However, on closer examination, only 20 (87/107 did not last 20 years) MoM patients and 11 (68 patients did not last 20 years) metal on polyethylene patients were actually still in use at 20 years. The survivorship was calculated using the Kaplan Meir statistics which provides the best possible interpretation of results as previously discussed. The conclusion of the authors was that there was essentially no difference in calculated survivorship between MoM and the metal on polyethylene group. However, most patients had died or were lost to follow-up. The performance of these 'lost' implants is essentially unknown. Yet, these implants are calculated as successes. Further, like every other MoM series, metal wear was observed. No metal ion levels were measured. [41]

---

[38] Salvi AE, Grappiolo G, Hacking SA, 'The Innovative Sivash Artificial Total hip Joint', UPOJ. 20:151–153 (2010)

[39] Cameron HU, Jung YB, Noiles DG, McTighe T, 'Design Features and Early Clinical Results with a Modular Proximally Fixed Low Bending Stiffness Uncemented Total Hip Replacement', Scientific Exhibit 1988 American Association of Orthopaedic Surgeons, Atlanta Ga, 1988

[40] Dumbleton JH, Manley MT, 'MoM Total Hip Replacements: what does the literature say' J. Arthro. 20:174-188(2005)

[41] Kaplan Meir statistics assumes lost patients as successes. KM statistics also assumes the reason for failure is the same for the duration of the study. That is, a patient that failes in the third year is assumed to have failed for the same reason as a patient who failed in the 15th year.

In 1996, Black stated 'Unfortunately, the MoM articulation introduces additional biologic risks associated with production of increased metallic corrosion and wear products.' Black reviewed the literature on MoM hip replacements and concluded MoM articulation does not represent a practical alternative to metal on polymer articulation in total hip replacement arthroplasty procedures.[42]

The McKee Farrar, Ring and Sivash MoM hip replacements were all failures compared to metal on polyethylene. In all three cases, the developers of the devices stopped using MoM and used metal on polyethylene. By the mid-1970s, MoM implants were largely abandoned.

Again, it is emphasized that the failure of these MoM implants and the concerns regarding metal wear debris were well known to Depuy prior to the approval of the Pinnacle MoM Hip Replacement in 1999.

**Metal on Polyethylene – the 'Gold Standard'**

Since the advent of total hip replacements, relatively few polymeric materials have actually been used. Charnley originally chose polytetrafluoroethylene (PTFE-a Teflon like material) as a bearing material sometime between 1956 and 1958, based on its general chemical inertness and low coefficient of friction. He introduced a device with a 22.225mm (7/8") diameter femoral ball and a cup of Fluon G1 or G2 PTFE.[43] Clinical failures with Fluon PTFE acetabular cups generally occurred within a one-to-two-year time period and were attributed to the low resistance to deformation and their poor abrasion resistance

**Ultra High Molecular Weight Polyethylene**

After this experience, Charnley looked to other polymers. Credit is provided to Harry Craven who tested a material termed high molecular weight polyethylene ("UHMWPE") that was given to him by a plastic gear salesman. The first hips using this material were implanted in 1962.[44] Since then, this material family remains the material of choice as the predominant bearing surface in total joint replacements.

By the late 1960s, it was clear that the metal on polyethylene Charnley devices were more successful than the MoM devices such as the McKee Farrar. By the mid-1970s, MoM hip replacements were abandoned. McKee himself stopped using the McKee Farrar hip in 1972.[45]

It should be noted since its introduction there have been many failed attempts to replace the polyethylene with other polymeric materials. These include the use of different polymers such as acrylic and polyacetal, and carbon reinforced versions of polyethylene.[46] All of these alternative polymeric materials failed in comparison to metal on UHMWPE implants and were taken off the market within a few years of their first clinical use due to reports of higher failure rates. From 1965 to the 1990s, virtually, all hip replacements (with a few exceptions) were made with a metal or ceramic on polyethylene bearing combinations. The

[42] Black J, 'MoM Bearings. A Practical Alternative to Metal on Polyethylene Total Joints' Clin. Ortho. Rel. Res, 329S, S244-265 (1996)
[43] Charnley, J.: Private correspondence with C. Homsy.
[44] Waugh, W.: John Charnley, The Man and the Hip. Springer-Verlag, New York, 1990.
[45] Amstutz HC, Grigoris P, 'MoM Bearing in Hip Arthroplasty' Clin Ortho Rel Res, 329, s11-s34(1996)
[46] Li, S., Burstein, A.H., 'Current Concepts of Ultra High Molecular Weight Polyethylene', J. Bone and Joint Surgery, 76A, 1080, (1994)

use of metal on polyethylene hip replacements have returned quality of life to millions of patients. In some reports, the 20-year survivorship of the Charnley hip was as high as 90%.[47][48]

Charnley implants are still being implanted today. It is likely the most thoroughly investigated and reported total hip replacement.

In 1994, Kavanaugh reported on Charnley hips at followup times greater than 25 years. Patients under 59 had a 83% chance of success at 20 years. Patients over 59 years old only had a 89.3% of surviving 20 years.[49]

In 1996, Neuman reported the results of 240 Charnley hip replacements after 15-20 years. Patients under and over the age of 55 had over 88% survivorship at 20 years.[50]

In 1994, Garellick reported a study of 95 patients with Charnley hip replacements. With 12–16-year follow-up. At 10 years follow-up time, there was 92% survivorship and a 83% at 16 years.[51]

In literature produced by Depuy in 2000, they state metal on polyethylene hip have been implants 'have been the clinical gold standard for over 25 years.[52][53] They described the excellent performance of the Charnley metal on pe hip implants with over 1 million implanted and up to a 96% survivorship at 32 years.

One constant exists throughout the history of successful hip implants: polyethylene bearing surfaces. There will be over 400,000 hip replacements done in the US this year and the overwhelming majority of them utilize polyethylene components.[54] The Charnley hip is still being used today all over the world.

**Improved Ultra High Molecular Polyethylene – Crosslinking**

Despite the excellent results of Charnley type metal on polyethylene implants, there was recognition that pe particles were being generated and that these particles had adverse effects on clinical performance. One of the first references to the possible effects of small polyethylene debris particles was in 1973.[55] It was discovered, when in large enough numbers and small enough size, those particles can cause a biological response termed osteolysis. Osteolysis is a process which makes bone weak or even disappear.

---

[47] Neuman L, Freund KG, Sorenson KH, 'Long Term Results of Charnley Total Hip Replacement' J Bone and Joint (British) 76B:245-251(1994)
[48] Wroblewski BM, 'Charnley Low Friction Arthroplasty of the Hip. Long Term Results' Clin Ortho Rel Res 292:191-201(1993)
[49] Kavanagh BF, Wallrichs S, Dewitz M, Berry D, Currier B, Ilstrup D, Coventry MB, 'Charnley Low Friction Arthroplasty of the Hip. 20 Year Results with Cement' J. Arthroplasty 9:229-234(1994)
[50] Neuman L, Freund KG, Sorenson KH, 'Long Term Results of Charnley Total Hip Replacement' JBJS Br:76B:245-251(1994)
[51] Garellick G, Herberts P, Sgtromberg C, Malchau H, 'Long Term Results of Charnley Arthroplasty: A 12-16 Year Followup Study' J Arthroplasty 9:333-340(1994)
[52] Schulte KR, et. Al. 'The Outcome of Charnley Total Hip Arthroplasty and Cement After a Minimum Twenty-Year Follow-up', JBJS 75,961-975 (1993)
[53] Kristensen, O et. Al 'Long Term Results of the Total Condylar Knee Arthroplasty in Rheumatoid Arthritus' JBJS 74B, 803-806 (1992)
[54] *Id.* at 1761.
[55] Charnley, J., and Cupic, Z.: 'The nine- and ten-year results of the low-friction arthroplasty of the hip.' Clin Orthop Rel Res 95: 9-25, 1973

As osteolysis progresses, enough bone disappears that the implant becomes loose. When the implant becomes loose, the patient experiences pain and revision surgery is required. The osteolysis process is slow but can ultimately limit the life of the implant, especially at times longer than 10 years of use.

The biological response to particulate debris leading to osteolysis, was directly demonstrated in 1988 by Howie et. Al.[56] They demonstrated that bone resorption could be caused by the introduction of polyethylene particles into an area around an implant. It was subsequently reported that osteolysis was more prevalent when the clinical wear rate was greater than .1mm/yr of femoral head penetration into the polyethylene liner. Further, osteolysis was seldom seen when the wear rate was less than .1mm/yr (as measured by femoral head penetration wearing into the pe liner).[57] This is an important as it establishes a threshold for the amount of pe particles needed to cause osteolysis. This will be discussed further in the discussion of 'wear' below.

In the 1990's, this desire to reduce pe wear led to the pursuit of three alternative (1) an improved polyethylene which had lower wear; (2) MoM hip replacements; and (3) ceramic on ceramic hip replacements.

**Crosslinked Polyethylene.** In the 1990's, one of the ways in which the wear resistance of polyethylene was improved by exposing the polyethylene to higher dosages of radiation. This process is called 'cross linking'. In this process, polyethylene is exposed to either gamma or electron beam irradiation at dosages greater than 50kGy (5 Mrads). There were several versions of crosslinked polyethylene that differed by the irradiation dose, and post irradiation treatments, but their excellent clinical results were the similar.[58] Crosslinking reduced the laboratory hip simulator wear rates to very low values, in some cases it was reduced to below the detection limit of the test. From the first reports, crosslinked polyethylene ("XLPE") was reported to have both clinically lower wear rates and lower revision rates compared to traditional forms of polyethylene. Clinical wear rates were all significantly less than .1mm/yr.[59][60] As examples, de Steiger reported that the 16-year revision rates of XLPE was 2.8% compared to 5.8% for traditional polyethylene ("PE") components. The commercial success of XLPE can be seen in the following figure which reports the market share of traditional PE vs XLPE in Australia since 1999:

[56] Howie DW, Vernon-Roberts B, Oakeshott R, Manthey B, 'A Rat Model of Resorption of Bone at the Cement-Bone Interface in the Presence of Polyethylene Wear Particles', JBJS 70:257-283(1988)
[57] Dowd JE, Sychertz CJ, Young AM, Engh CA, 'Characterization of Long Term Femoral Head Penetration Rates' J Bone Joint Surg 82:1102-1107(2000)
[58] Kurtz SM, Gawell HA, Patel JD, 'History and Systemic Review of Wear and Osteolysis Outcomes For First Generation Highly Cross Linked Polyethylene', Clin Ortho Rel Res 469:2262-227(2011)
[59] Hopper RH, Young AM, Orishmimo KF, McAuley JP, 'Correlation between early and late wear rates in total hip arthroplasty with application to the performance of Marathon cross linked pe liners' J Arthroplasty 18:60-67(2003)
[60] Babovic N, Trousdale RT, 'Total Hip Arthroplasty Using Highly Crosslinked Polyethylene in Patients Less Than 50 Years with Minimum 10 Year Follow-Up', J Arthroplasty 28:815-817(2013)

17



61

The use of XLPE was used in over 90% of the hip replacements by 2016. The use of XLPE reduced the number of revisions without introducing any new clinical problems. In the cases where revisions of XLPE hip replacements was needed, the revision surgery was the same as it was for a failed traditional PE implant. XLPE remains the major material of choice today.

**Depuy Introduces Cross Linked PE: Marathon 1998**

Importantly, Depuy introduced Marathon highly crosslinked pe in 1998 just before the introduction of Pinnacle MoM Hip System. Marathon was irradiated at 50 Kgy (instead of 25-40Kgy) which reduced the wear by as much as 85% over traditional forms of pe.[62] The following graphs shows how the wear rate decreases with increasing irradiation dosage.



Harry McKellop, the inventor of Depuy's Marathon XLPE stated that "Polyethylene cross linked with gamma radiation has been the gold standard for over 20 year"[63] Since 2001, Marathon was also available in sizes up to 38 mm to provide more stability against dislocation and impingement.[64] Marathon offered

[61] De Steiger R, Lorimer AM, Graces SE, 'Cross Linked Polyethylene for Total Hip Arthroplasty Markedly Reduces Revision Surgery at 16 years', JBJS 100L1281-8(2018)
[62] Depuy 'Marathon Cross Lined Polyethylene' Depuy047275858
[63] McKellop H 'Marathon Cross Linked Polyethylene' 2000 Depuy032246102 PLT-00013-00007
[64] Pinnacle Acetabular Cup System Depuy007057587 PLT-03720 2001

the key attributes of Pinnacle MoM hips of both low wear rates and large head diameters to reduce dislocation, without introducing the problems of the production of a very high number of metallic wear particles and metal ions which caused adverse reactions to metal debris.

In 2004, Heisel et. Al reported that at 2 years, Marathon liners had clinical wear rates of .02mm/year. This is well below the thresh hold value of .1mm/year for osteolysis.[65]

In 2006, Engh reported on clinical wear rates of 116 patients with Marathon Highly Crosslinked Pe vs 114 patients with Enduron (not highly crosslinked) Pe and found that Marathon patients had an average of .01mm/yr wear vs .19mm/yr for the Enduron group.[66]

In 2008, Bitsch followed-up on this same group of Marathon liners at 5 years and found that their volumetric wear rates were 74% less than the non-highly crosslinked pe liner groups used as a comparison. At this 5 year time period, there were no signs of osteolysis in any of the patients with Marathon liners while 8 of the 24 with non-highly crosslinked pe exhibited osteolysis.[67]

In 2000, most major orthopaedic companies were offering a highly crosslinked pe for sale.

| Company | Implant | Launch |
|---------|---------|--------|
| Depuy | Marathon | 1998 |
| Stryker | Crossfire | 1999 |
| Sulzer | Durasul | 1999 |
| Zimmer | Longevity | 1999 |

All of these excellent performing polyethylene bearings were available for use at the time the Pinnacle MoM Hip replacements were used.

In 2006, Depuy continued to improve crosslinked pe by introducing Altrx XLPE Polyethylene. This product was similar to Depuy's Marathon Highly Crosslinked Pe but it was crosslinked with an even higher dosage of irradiation. further. Marathon was irradiated at 50 KGy while Altrx was irradiated at 75KGy.

Altrx has 51% lower wear than Marathon PE.

---

[65] Heisel C, Silva M, Dela Rosa MA, Schmalzreid TP, 'Short Term In Vivo Wear of Cross Linked Polyethulene' JBJS 86,748-751(2004)

[66] Engh CA, Stepniewski AS, Ginn SD, Beykirch SE, Sychertz-Terefenko CJ, Hopper RH, Engh CA, 'A Randomized Prospective Evaluation of Outcomes After Total Hip Arthroplasty Using Cross-Linked Marathon and Non-Cross Linked Enduron Polyethylene Liners' J. Arthroplasty 21:17-25(2006)

[67] Bitsch RG, Loidolt T, Heisel, Ball S, Schmalzreid TP,'Reduction of Osteolysis with Use of Marathon Cross Linked Polyethylene' JBJS 90:1487-1491(2008)





Depuy never provided any rationale or proof that Pinnacle MoM Hips was preferred or had any advantage over a Marathon hip replacement. The introduction of Altrx Pe by Depuy further improved the wear resistance of Depuy's metal on pe devices. The use of highly crosslinked pe products like Depuy's Marathon and Altrx virtually eliminated the risk of osteolysis. Further, the larger diameter of the crosslinked pe cups made them equally stabile to dislocation as the large diameter MoM cups.

A 2012 FDA Panel Meeting on MoM devices concluded that there were no situations where a MoM hip replacement, like Pinnacle MoM implant, should be the first choice for a hip replacement.[68]

**Adverse Biological Reactions to Polyethylene vs Metal Wear Debris: Metallosis**

Wear is inevitable in hip replacements. At issue in Pinnacle MoM cases is how the biological responses to metallic debris are different from responses to polyethylene debris.

The biological reaction to metal debris is generally termed metallosis. It is defined as aseptic fibrosis, local necrosis, or loosening of a device secondary to metal corrosion and release of wear debris Metallic particulate wear debris and metal ions cause more severe damage than polyethylene particles. From the very first MoM hip replacements, it was known that MoM implants release wear metal particles and corrosion products into the periprosthetic tissues. These particles and corrosion products have been known to accumulate in the periprosthetic tissues as well as being transported from the joint and distributed systemically. Their concern about the potential adverse effects of these particles and corrosion products has existed from the earliest use of MoM hip replacements. The potential effects on periprosthetic tissues include toxicity, inflammation, bone loss, and prosthesis loosening. There are concerns about the potential for hypersensitivity responses, local tumor formation, and systemic effects. Local tissue reactions associated with metal particles and ions can destroy bone, muscle and surrounding tissue leaving some patients with long term disabilities. The following are examples of a wide body of literature on the adverse effects of metal wear debris from MoM implants. (citations)

---

[68] 2012 FDA Advisory Panel MoM Hip Replacements

The concerns regarding metal wear and ions were reported decades before the introduction of Pinnacle MoM implants. One of the first reports of the adverse biological effects of metal of metal joint replacements was by Heath in 1971.[69] The authors warn that metallic wear particles range in diameter down to .1μ with a relatively larger surface area to unit mass ratio which greatly increases the possibility of adverse chemical and biologic reactivity. The evidence they presented points to Cobalt as one factor in initiating tumors. They described production of 'sarcomas' as well as areas of muscle necrosis. They state that metal particles may be a hazard to humans and should be investigated most carefully.

Adverse biological reactions to metal debris is generally termed Metallosis. It causes a variety of responses and is defined as aseptic fibrosis, local necrosis or loosening of the implant secondary to metallic corrosion and release of metal debris.[70] [71]

Catelas reviewed the many differences between the metal wear and ions from a MoM hip vs pe debris from a MoP implant.[72] Metal wear can cause a wider variety of adverse reactions than pe debris. These differences include a hypersensitivity reaction, aseptic lymphocyte dominated vasculitis associated lesion (ALVAL). Metal wear can also cause soft tissue masses, or fluid filled bursae termed pseudotumors that can lead to implant failure.[73] These pseudotumors are usually marked by extensive necrosis of dense connective tissue, focal infiltration of different cells. Metal wear products may be the source of a T lymphocyte-mediated specific immune response, early adverse tissue responses, and genotoxicity.

In 1974 Sweetnam reported wear studies where articulating cobalt chrome alloys released cobalt and chromium into solution. Patients with these metal-on-metal prosthesis were also shown to have elevated levels of cobalt and chromium in their blood and urine. The authors warned that it had already been shown that laboratory simulators liberate metal wear particles from metal-on-metal joints that could cause biological reactions. The authors conclude that 'apart from avoiding all metal prosthesis when an acceptable alternative is available, there is little further action that can be advised.' All metal hip replacements are 'yet another hazard possible (that) has been added to those of which most of us are already well aware.'[74]

In 1974, Evans published metal sensitivity as a cause of bone necrosis and implant loosening in patients which joint replacements with both components being composed of cobalt-chrome alloy.[75] They state 'cases of loosening exist, however, in which the technique of implantation appears to have been satisfactory, in which there is no history of injury, and in which there is no evidence by conventional

---

[69] Heath JC, Freeman MAR, Swanson SAV, 'Carcinogenic Properties of Wear Particles from Prostheses Made in Cobalt Chromium Alloy' The Lancet page 564-566, March 20, 1971

[70] Langton DJ, Joyce TJ, Jameson SS, Lord J, Van Orsouw M, Holland JP, Nargol AVF, DeSmet KA,'Adverse reaction to metal debris following hip resurfacing' JBJS 93B:164-171(2011)

[71] DeHaan R  Campbell PA, Su EP, DeSmet KA, ' Revision of MoM Resurfacing Arthroplasty of the Hip' JBJS 90B:1158-1163(2008)

[72] Catelas I, Wiummer MA, Utzchneider S, 'Polyethylene and metal wear particles: characteristics and biological effects' Semin. Immunopathol. 33:257-271(2011)

[73] Pandit H, Glyn-Jones S, McLardy-Smith P, Gundle R, Whitwell D, Gibbons CL, Ostlere S, Athanasou N, Gill HS, Murray DW (2008) Pseudotumours associated with metal-on-metal hip resurfacings. J Bone Joint Surg Br 90:847–851

[74] Sweetnam R, 'Metal Sensitivity' JBJS BR 56n:601-602(1974),

[75] Evans EM, Freeman MAR, Millier AJ, Vernon-Roberts B, 'Metal Sensitivity as a Cause of Bone Necrosis and Loosening of the Prosthesis in Total Joint Replacement' JBJS 56B:626-641(1874)

criteria of the presence of infection. It will be argued in this paper that at least some of these cases may be due to sensitivity of the tissues to one of the metals in the alloy of which the prosthesis is composed.'

In 1977, Willert provided a model of tissue reactions to release of wear particles into the joint space around a hip replacement. Some of the authors conclusions were:
● that metallic wear particles primarily caused a histiocytic foreign body response
●foreign body granulation tissue exhibited a marked tendency towards fibrosis
●the metallic particles apparently gave rise to number lymphoplasmocellular infiltrations in the capsule around the artificial joint (hypersensitive reaction?)

Dobbs in 1980 that the overall survival of 173 MoM hip replacements was only 53% at 11 years.[76]

In 1983 Garrett described the in vitro effects of Co-Cr alloy wear particles on the morphology, viability and phagocytic activity of macrophages. They found metal wear particles "of the type known to be formed from artificial joints in humans do influence the activity of cells which comprise the major component of the tissue reaction around prostheses." "The findings ae consistent with a pathological role for the metallic wear particles observed frequently within macrophages in the synovial tissues around loose artificial joints in humans.[77]

In 1998 Howie reported on the long-term effect of cobalt chrome wear particles in an animal model. The study found that cobalt chromium wear particles and the associated macrophage response persists in tissues for up to 2 years. (citation)

In a follow-up publication in 1990, Howie reported the tissues around MoM implants contained large numbers of macrophages, and occasional multinucleate giant cells. Varying degrees of degenerative changes in macrophages were seen in association with phagocytosis of metal particles.[78]

Metal-on-metal wear can also cause the formation of pseudotumors. Pseudotumors are large focal solid or semiliquid masses around the hip prostheses. The pseudotumors mimic local effects of neoplasia or infection in the absence of either of these. The principal symptom is pain. The prevalence of pseudotumor in asymptomatic patients with MoM implants is significantly different from that of the metal on polyethylene group. The prevalence of pseudotumors in MoM hip replacements has been reported be from 1 – 39% . [79] [80] [81] [82]

---

[76] Dobbs HS, 'Survivorship of Total Hip Replacements' JBJS63B:168-173(1980)

[77] Garrett R, Wilksch J, Vernon-Roberts B, 'Effects of Cobalt Chrome Alloy Wear Particles on the Morphology, Viability and Phagocytic Activity of Murine Macrophages In Vitro', Aust. J. Exp. Biol. Med. Sci. 61:355-369(1983)

[78] Howie, D.W.: Tissue Response in Relation to Type of Wear Particles Around Failed Hip Arthroplasties. *J. of Arthroplasty*, 5: 337-348 ,1990

[79] Williams DH, Greidamus NV, Masri BA, Dunca CP, Garbuz DS, 'Prevalence of Pseudotumor in Asymptomatic Patients after MoM Hip Arthroplasty' J Bone Joint Surg 83:2164-2171(2011)

[80] van der Weegen W, Sijbesma T, Hoekstra HJ, Brakel K, Pilot P, Nelissen RG. Treatment of pseudotumors after metal-on-metal hip resurfacing based on magnetic resonance imaging, metal ion levels and symptoms. J Arthroplasty. 2014;29:416–21.

[81] Bosker BH, Ettema HB, Boomsma MF, Kollen BJ, Maas M, Verheyen CC. High incidence of pseudotumour formation after large-diameter metal-on-metal total hip replacement: A prospective cohort study. J Bone Joint Surg Br. 2012;94:755–61.

[82] Murray DW, Grammatopoulos G, Gundle R, Gibbons CL, Whitwell D, Taylor A, et al. Hip resurfacing and pseudotumour. Hip Int. 2011;21:279–83.

There is no doubt that the adverse effects of metal debris were well known at the time of the introduction and sale of Pinnacle MoM implants.

In 2000, Ingham and John Fisher, PhD published 'Biological Reactions to Wear Debris in Total Joint Replacements'.[83] Dr. Fisher was a Depuy expert. They reiterated that the MoM articulations were used widely during the late 1960s and 1970s, but the early clinical results were disappointing. The authors also make the important connection between role of the size and number of particles in adverse reactions to metal debris. They make the following statements:

"For MoM prostheses, the prospects for increasing osteolysis free life of the implant are good but additional biological problems associated with the nanometer size and reactivity of wear particles in vivo may emerge.'

"It is concluded that the pre-clinical testing of any new materials for joint replacement must include analysis of the wear particle characteristics and their biological reactivity in addition to the usual assessment of wear."

"However, a low wear volume does not necessarily indicate low numbers of biologically reactive particles. Current evidence indicates that the size of the wear particles generated by MoM articulations are very small and therefore the numbers produced may exceed the number of UHMWPE particles generated in metal on polyethylene prosthesis despite the difference in wear volumes."

The effect of the number of particles produced will be discussed below but Doorn reported in 2000 that there could be 13-500 times more particles produced in a MoM implant than a MoP implant.[84]

**Re-emergence of MoM Hip Replacements**

By the late 1980s, the identification of the adverse reactions to polyethylene wear particles led to both the introduction of new forms of polyethylene, like Depuy's Marathon and the re-emergence of MoM implants.[85] [86] [87] [88] [89] Depuy introduced the Pnnnacle MoM Hip implant despite knowing the success of the Charnley metal on polyethylene hip replacements, the introduction of their improved polyethylene, Marathon and the well documented adverse reactions to metal debris from MoM implants.

---

[83] Ingham E. Fisher J, 'Biological Reactions to Wear Debris in Total Joint Replacements' Proc. Instn. Mech. Engrs, 214 part H 21-37(2000)

[84] Doorn PF, Campbell PA, Worrall J, Benya PD, McKellop HA, Amstutz HC, 'Metal Wear Particle Characterization from MoM hip replacements: Transmission electron microscopy study of periprosthetic tissues and isolated particles' J Biomed Mater Res 42:103-11(1998)

[85] Li, S., Burstein, A.H., 'Current Concepts of Ultra High Molecular Weight Polyethylene', J. Bone and Joint Surgery, 76A, 1080, (1994)

[86] Dannenmaier, W.C.; Haynes, D.W.; Nelson, C.L.: Granulomatous Reaction and Cystic Bony Destruction Associated with High Wear Rate in a Total Knee Prosthesis. *Clinical Orthopaedics and Related Research*, 198:224-230,1985.

[87] Howie, D.W.; Vernon-Roberts, B.; Oakeshott, R.; Manthey, B.: A Rat Model of Resorption of Bone at the Cement-Bone Interface in the Presence of Polyethylene Wear Particles. *JBJS*, 70A: 257 ,1988.

[88] Jacobs, J.J.; Urban, R.M.; Schajowicz, F.; Gavrilovic, J.; Galante, J.O.: Particulate-Associated Endosteal Osteolysis in Ti Based Alloy Cementless Total Hip Replacement. *ASTM* STP 1144, pages 52-60, Philadelphia, 1992

[89] Maguire, J.K.; Coscia, M.F.; Lynch, M.H.: Foreign Body Reaction of Polymer Debris Following Total Hip Arthroplasty. *Clinical Orthopaedics and Related Research*, 216: 213-223,1987.

The renewed interest in MoM was based on the belief that the poor performance of MoM devices was due to a combination of poor design and manufacturing.  However, Depuy did not demonstrate Pinncale MoM Hips met the design objectives of low wear and improved stability.

Despite the absence of any data on the clinical superiority of any MoM device over polyethylene over a long-time span, the hope was that the MoM wear could be lowered below that of MoP.   However, there has never been any MoM hip replacement, including the Depuy Pinnacle MoM implant that did not produce particulate wear debris or have improved clinical survivorship better or equal to metal on polyethylene devices.

Aggressive marketing and misleading or incomplete disclosure of data lead to large numbers of MoM implants being used in the 2000s.  However, the use of MoM devices vanished again, as reports of the adverse effects of metal ions became known and FDA required more complete clinical studies of products in order to remain on the market.  In May 2016, the FDA required all MoM devices to go through a full premarket approval process.  Since that time, no MoM implants have been on the market.[90]

The first MoM device to re-emerge onto the market in 1999, was the Interop Metasul MoM Hip.  This device was approved by the FDA in August 1999.[91]  This device will be discussed in some details, as it was also named by Depuy in it's FDA application for approval as a 'predicate device' for Pinnacle MoM.  The Metasul MoM hip had an acetabular insert which featured an inlay of metal integrally locked to a polyethylene insert.  The metal inlay was made from wrought CoCrMo alloy.  The inlay was polished to a mirror finish and then hot pressed into the pe backing.  The inner diameter of the inlay was 28 mm.  The femoral head was made of the same wrought CoCrMo.

## Pinnacle MoM Hip Replacement.

Both the acetabular liner and femoral components of the Pinnacle MoM system are made from wrought Cobalt-chromium-molybdenum (CoCrMo) alloy conforming to ASTM F1535.[92]  The Pinnacle had options for femoral head sizes of 28, 36, 40 and 44mm in diameter.  In 2009, in addition to their 'standard' femoral head called the M-spec, Depuy began selling an aspherical head named Asphere.

Depuy's primary objective for the Pinnacle MoM hip prosthesis was to eliminate the adverse biological consequences produced by the polyethylene wear in metal on polyethylene hip systems.  A secondary objective was to reduce the number of dislocations without reducing range of motion.

It will become evident that Depuy did not achieve this prime objective of providing an improvement to metal on pe devices in terms of clinical survivorships nor reduced generation of wear particles.  There is also no support for a 36mm Pinnacle MoM hip implant being more resistant to dislocation than a 26mm MoP implant.

Although with a MoM bearing combination, Depuy marketed the Pinnacle MoM hip as having improved manufacturing methods, aSphere femoral head technology, Trueglide fluid lubrication technology and larger (>32mm) femoral heads.  The marketing of these technologies was misleading as they did not

---

[90] https://www.fda.gov/medical-devices/implants-and-prosthetics/metal-metal-hip-implants
[91] FDA 5410(k) K974728 Interop Metasul Acetabular System, Sulzer Orthopaedics
**[92]** ASTM F1537 Standard Specification for Wrought Cobalt-28Chromium-6Molybdenum Alloys for Surgical Implants

provide the benefits that Depuy promoted and Depuy was aware of the problems with early MoM hip replacements, namely adverse reactions to metal debris and metal ions, were known at the time of the introduction of the Pinnacle MoM Hip System.,[93]

There has never been any long-term clinical series where a MoM hip replacement was superior to a metal on polyethylene hip replacement. Even in reports where short term survivorships of MoM and metal on polyethylene devices were comparable, the MoM devices always generated metal wear particles and caused an elevation of metal ions that could be detected in the patient

**Pinnacle Clinical Survivorships**

Pinnacle MoM Implants did not receive FDA approval until 2000. Until then there was only 1 2-year clinical study of the Pinnacle MoM implant which was submitted with the 510(k) application. Actual clinical data took years to generate.

A recurrent claim made by Depuy was the survivorship of Pinnacle MoM (Ultamet) was 99.5% at 5 years.[94] Depending on where Depuy made this claim, the reference was cited as 'Depuy internal data' or a poster shown at the 2007 AAOS.[95] In this poster,63% of the cases were metal on pe, 35% were Pinnacle MoM and 2% were ceramic on ceramic hips. The survivorship of all three groups was 99.9% at a mean follow-up time of 2 years. Importantly, there were no metal ions measured in patients' blood or urine. There have been published critiques commenting on how the study was biased in terms of how patients were enrolled, when they were enrolled and how they were accounted for.[96] [97] In addition to the limitations of this study, other literature on the Pinnacle MoM and other MoM systems do not support the 99.5% survivorship claims.

Depuy did submit a clinical trial with their Pinnacle MoM 510(k) application, but this trial was only for 2 years and was tested against a MoP implant. No metal ions were measured in any patients. There was no difference in test groups during this short trial. Depuy did not conduct any longer, more detailed or comparisons with XLPE implants or measure metal ions in any clinical studies.

In 2008, the Australian Orthopaedic Association reported MoM bearings have a higher rate of revision than other bearing surfaces when the head size was larger than 32mm. The increased rate of revision is attributed to higher rates of loosening and issues involving metal sensitivity. Specifically, the 1 yr revision rate for the Pinnacle MoM hip was 1.3 (98.7% survivorship) and 4.4% (95.6% survivorship) at 7 years. These are the highest revision rates compared with other bearing couples of metal/pe, ceramic/polyethylene, and ceramic/ceramic. These are all lower survivorships than the 99.9% at 2 years Claimed by Depuy.[98]

---

[93] Pinnacle (510k) K001523 August 2000 Depuy037773365-Depuy037773556

[94] Depuy000384763 PLT-00025

[95] Kindsfater K, Barrett WP, Dowd JE, Southworth CB, Cassell MJ, '99.9% Midterm Survival of the Pinnacle Multi liner Acetabular Cup in a Prospective MultiCenter Study' P077 AAOS San Diego, 2007 9

[96] Egilman DS, Steffen JE, Fassler EA, Reardon KJ, 'Letter to the editor on Survivorship of a modular acetabular cup system: medium to long term follow-up' Arthroplasty Today 4:392-393(2018)

[97] Steffen JE, Fassler EA, Reardon KJ, Egilman DS, 'Grave Fradulence in Medical Device Research: A narrative review of the PIN seeding study for the Pinnacle Hip System' Accountability in Research 25:37-66(2018)

[98] Hip and Knee Arthroplasty. Annual Report 2008 Australian Orthopaedic Association National Joint Registry 2008 ISSN 1445-3665

In 2009, the Australian Orthopaedic Association stated:

> "Metal on pe bearing surface is revised less frequently than other bearing surfaces regardless of femoral head size. MoM bearing surfaces are revised more often than other bearing surfaces when larger head sizes are used."[99]

Younger patients with head sizes greater than 32mm have a higher revision rate than older patients. Females have a higher rate of revision than males when head size is >32mm. Patients with MoM hips were also reported to have double the infection rate 1.4 vs .7% respectively.

In 2014, Matharu reported 88.9% survivorship of Pinnacle MoM at 9 years. 44% of the patients were revised for adverse reaction to metal debris. 47% of patients had blood metal ion levels above recommended thresholds of 7µg/L. They recommended against implantation of all MoM hip replacements in the future. [100]

In 2015, Lainala reported Pinnacle MoM survivorship of 86% at 9 years and 16% of the patients had Cobalt levels >5µg/L [101]

In 2016, Langton reported a 83.6% survivorship of the Pinnacle MoM hip at 9 years. This was considered an unacceptably high revision rate. The majority of retrieved devices exhibited signs of taper junction failure. A significant number of devices were also found to be manufactured out of specification.[102] He also reported that 10.9% of his patients had Co levels > 5µg/L.

In 2017, Matharu published his results of 569 36mm Pinnacle MoM Hip replacements. The 10-year failure rate was 27.1%. Interestingly, the failure rate of Pinnacle MoM hips implanted after 2006 was higher than those implanted before 2006. The 8-year failure rate for patients implanted after 2006 was 28.3% while those implanted before 2006 had an 8 year failure fate of 6.3%. It is unclear what caused this apparent difference in failure rates, but both of these failure rates are unacceptably high.

In 2021, Pearce et al. followed 61% of 1212 36mm Pinnacle MoM hip replacements after a minimum of 7 years. 9.8% of the patients (119) required revision surgery. The 10-year failure rate was 16.6% mostly due to adverse reactions to metal debris. Female gender, high femoral offset were predictors for all cause revisions. 49% of the revisions were specifically caused by adverse reaction to metal debris but metal debris could also have played a role in aseptic loosening (18%), periprosthetic fracture (10%) and infection (7%).[103]

---

[99] Hip and Knee Arthroplasty. Annual Report 2008 Australian Orthopaedic Association National Joint Registry 2009

[100] Matharu GS, Theivendran K, Pynsent PB,et al. Outcomes of a metal-on-metal total hip replacement system. ' Ann R Coll Surg Engl 96:530–5(2014)

[101] Lainiala O, Reito A Elo P, 'Revision of MoM hip: prostheses in marked reductions of blood cobalt and chromium concentrations' Clin Ortho Rel Res 473:2305-2313(2015)

[102] Langton DJ, Sidaginamale RP, Avery P, Waller S, Teak G, Lord J, Joyce T, Cooke N, Logishetty, R, Nargol AVF, 'Retrospective cohort study of the performance of the Pinnacle MoM total hip replacement: a single center investigation in combination with the findings of a national retrieval center' BMJ Open Access 6:e007847(2016)

[103] Pearce O, Matharu GS, Bolland BJ 'Predictive Factors for Revision and Survivorship Analysis of a Prevalent 36mm MoM Total Hip Replacement System: A large single center retrospective cohort study' J. Arthroplasty 36:1380-1387(2021)

All of the clinical results do not support the 99.5% survivorship values claimed by Depuy for the Pinnacle MoM hip.

**Pinnacle MoM Implants claims of lower wear and more resistance to dislocation are not supported.**

Depuy's main claims regarding Pinnacle MoM hips were the clinical benefits of reduced wear and more resistance to dislocation. Depuy also promoted aSphere and Trueglide femoral head technologies as the means by which these benefits are achieved. However, it will be shown that the wear production was not reduced and there was no evidence for the performance of either aSphere or Trueglide technologies.

Since the inception of MoM total hip replacements, there has been concern over the metal wear. In a MoM on hip, wear two forms of wear, particulate debris and metals ions can cause severe adverse reactions that require revision surgery. Small particles may cause biological reactions such as bone resorption (osteolysis) and some may dissolve to form metal ions. Metal ions may be transported throughout the body and cause other adverse biological reactions. Metal ions may also be formed directly from corrosion (rust) that occurs on the taper where the femoral ball is connected to the femoral stem. Every MoM hip generates small debris and metal ions. The main cause of MoM hip failure and the reason that they are no longer being sold are the adverse consequence of the biological reaction to metal wear particles and ions.[104]

It was widely known before Depuy began selling the Pinnacle MoM hip that large numbers of very small metallic wear particles would be produced along with the production of metal ions. Since the objective of the Pinnacle MoM device was to reduce the biological consequences of wear, Depuy should have been concerned and focused on the cumulative effect and amount of wear produced in preclinical testing. A successful MoM hip replacement would be one that causes fewer and/or less severe adverse reaction to metal debris than metal on pe hip implants which had been successfully used for decades.

Neither Depuy testing protocols, nor the data presented in promotional literature, nor the data presented to the FDA for regulatory approval fully considered if the amount of wear particles and metal ions being produced provided a reduction in the number of wear particles clinical over the incumbent number of metal on pe particles. **Depuy did not present a comparison of the number of particles of metal vs the number of pe particles.** Instead, wear comparisons were made in terms of volume or weight loss which ignores the critical fact that metal wear particles are far smaller than pe wear particles.

**Wear in Hip Replacements. How much wear is created and how much wear reduction do you need to provide an improvement?**

At the time of the development and introduction of the Pinnacle MoM hip replacement, metal on pe hip replacements had been successfully used for decades and there was extensive literature on the amount and size of pe wear particles that were associated with adverse biological reactions like osteolysis. That is, it was known how many pe particles were needed to cause osteolysis. Knowing this threshold value for the number of pe particles is crucial in determining if the Pinnacle device was to actually generate lesser amounts of wear particles. The published literature and Depuy's own testing provided them the

---

[104] FDA 'Concernts about MoM Hip Implants' 3/15/2019 https://www.fda.gov/medical-devices/metal-metal-hip-implants/concerns-about-metal-metal-hip-implants

means to show that Pinnacle MoM implants generated more metal particles than metal on pe devices and would not be expected to cause less adverse reactions to wear debris.

Several publications were consistent in determining what pe wear rates would likely lead to osteolysis.

In 1975, Nash found that 87% of 175 hip replacement patients with pe wear rates greater than .25mm/year had osteolysis.[105][106] No osteolysis was present in patients with wear rates less than .1mm/yr.

Dowd in 2000 found that all patients who exhibited pe wear rates >.3mm/yr had osteolysis.[107] Again, no patients with wear rates less than .1mm/yr had osteolysis.

In 2002, Dumbleton concluded from a search of the literature that osteolysis is infrequent when the head penetration rate is <.1mm/your and almost absent when < .05mm/yr.  A conservative threshold for which no osteolysis is likely to occur is .05mm/yr.[108]

**Characterization of the amount and size of Pe Debris in Metal on Pe Implants**

There are methods to determine the number of wear particles produced.    Clinically, wear is often assessed from xrays of the hip and evaluating the femoral head penetration into the pe.  From head penetration rates and knowing the diameter of the femoral head, and the angle of penetration of the head into the pe, it is possible to calculate the volume and the actual number of pe particles wear necessary for osteolysis.[109][110]

Another method of determining the number of wear particles is, if the wear rate is known in terms of volume ($mm^3$/yr or $mm^3$/million cycles) ) or weight loss (mg/million cycles), the number of particles is the volume or weight loss divided by the size of an individual particle.

In 1997, Kobayashi characterized pe particles isolated from patients with Charnley metal on pe hip replacements.  He found the median particle diameter to be .67microns ($6.7x10^{-7}$m).  The volume of a particle of this diameter is $3 \times 10^{-10} mm^3$.[111]  Using these values, a 28 mm femoral head that wears .05mm into the pe generates $30mm^3$/yr.  This is consistent with the report by Orishimo et. Al in 2003 that determined that .1mm penetration corresponded to $40mm^3$.[112]

---

[105] NZash RS, Becker DA, Gustillo RB, 'Are Cementless Acetabular Components the Cause of Excess Wear and Osteolysis in Total Hip Arthroplasty[ CORR 317:19-28(1995)

[106] Wear expressed as mm of femoral head penetration into the pe liner

[107] Dowd JE, Sychertz CJ, Young AM, Engh CA, 'Characterization of Long Term Femoral Head Penetration Rates' JBJS 82A:1102-1107(2000)

[108] Dumbleton JH, Manley MT, Edidin AA, 'A Literature Review of the Association Between Wear Rate and Osteolysis in Total Hip Arthroplasty' J. Arthro. 17:649-660(2002)

[109] PLT-00138

[110] PLT-001129 Farrar R. 'Simulation and Analysis of the Wear of MoM Articulations in Artificial Hip Joints' Thesis Submitted for PhSD University of Leeds 2001  Depuy016224183-Depuy016224216

[111] Volume sphere = (4/3)∏r³

[112] Orishimo KF, Claus AM, Sychertz CJ, Engh CA, 'Relationship Between Polyethylene Wear and Osteolysis in Hips with a Second Generation Porous Coated Cementless Cup After Seven Years of Follow-up' JBJS 85A,1095-1099(2003)

In 1998, Doorn estimated that there are 6.7 trillion to 250 trillion metal particles generated each year in a well performing MoM hip replacement generating 5mm$^3$ wear/years. This is compared to a metal on pe hip which has developed osteolysis in response to pe wear debris. In these cases, there are reported .5 trillion particles of polyethylene generated in a metal on polyethylene with a wear rate of 100mm$^3$/yr of wear.[113]

This sets the number of pe particles generated at 30mm$^3$/year of pe particles as a thresh hold for osteolysis. That is, the generation of more than 30mm$^3$/yr of pe will lead to osteolysis. Based on the .67-micron size of 1 polyethylene particle, there 100 x 10$^9$ (100 billion) particles of pe in 30mm$^3$ of pe. The provides a 'target' value for the wear of an improved hip replacement. For instance, the wear of Pinnacle MoM hips should generate wear less than these number of particles to have actual reduced wear.

The values for pe wear that have been discussed were for the type of pe used in the Charnley hip replacement and is representative of pe used before the advent of highly crosslinked pe. As discussed above, Depuy introduced a highly crosslinked pe (hxlpe), Marathon, which have even more significantly reduced the wear rate. Depuy then also introduced Altrx pe which had even a lower wear rate than Marathon. [114]

Depuy then developed another xlpe named Altrx. Altrx was also highly crosslinked like Marathon but was irradiated at a higher dosage (75KGy vs 50Kgy Marathon). Depuy claimed that Altrx had 51% lower wear than Marathon.[115]

Depuy measured and was aware of the wear particles sizes of Marathon and Altrx. The following show the particle size distributions for Altrx and Marathon materials

 Altrx
 Marathon

The mean diameter of a Marathon particle was 1.97x10$^{-6}$m. Therefore, the mean volume of 1 Marathon particle is 7.7x10$^{-9}$mm$^3$.

---

[113] Doorn PF, Campbell PA, Worrall J, Benya PD, McKellop HA, Amstutuz HC, 'Metal wear particle characterization from MoM total hip replacements: Transmission electron microscopic study of periprosthetic tissues and isolated particles' J Biomed Mater Res. 42(1):103-11(1998)
[114] Depuy011300190 PLT-03932
[115] Depuy002015449 PLT-00790-00004

This value allows the Marathon hip simulator wear rate to be expressed as 850x10[6] (850 million) particles/million cycles. This is over 100x fewer particles/million cycles than non-cross linked pe and far less than the 100 billion particles of pe that is associated with osteolysis.

In a similar methodology, Depuy's Altrx was irradiated with 7.5Mrad of irradiation. This causes more crosslinking than in Depuy Marathon pe which was irradiated at 5 Mrads. Altrx hip simulation and particle size analysis yields a wear rate of 245x10[6] (245 million) particles/million cycles. This is 1000 lower than the osteolysis production thresh hold of 100 billion particles.

The results of Marathon and Altrx testing demonstrate that Depuy had lowered the wear rate of pe far below the thresh hold of osteolysis while they were selling Pinnacle MoM hip replacements as potential means of avoiding osteolysis.

Clinical results have matched these Marathon hip simulation results.  In 2004, Heisel and Schmalzreid (one of the surgeon proponents of Pinnacle MoM Hips) reported on a study of 24 conventional pe hips (Enduron Polyethylene) vs 34 Marathon hips at a 2-year follow-up time. [116] The results are in the following table.

|  | Conventional PE | Marathon PE |
|---|---|---|
| Mean Wear Rate  mm/yr | .13 | .02 |
| Range  mm/yr | -1. - .4 | -.1-.2 |
|  |  |  |
| Mean Volumetric wear mm$^3$/yr | 87.6 | 17.0 |
| Range  mm$^3$/yr | 4.6-284 | .1-70 |

The wear rate of .02mm/yr is less than half of the .05mm/yr osteolysis thresh hold value. Bitsch et. Al reported a follow-up on this same series at the 5 year mark.[117]

|  | Conventional PE | Marathon |
|---|---|---|
| Mean Volumetric Wear mm$^3$/yr | 55.5 | 15.4 |

More importantly, osteolysis developed in 8 of the 24 patients with conventional (not highly crosslinked) and **there was no osteolysis in any of the 34 patients with a Marathon liner**. Depuy had developed and was selling Marathon XLPE at the time the Pinnacle MoM Implants were being sold.  Preclinical Marathon wear testing and early clinical results demonstrated that the Marathon wear rate was below the thresh hold value that leads to osteolysis.

Depuy had succeeded in developing two improved pe products to address the issue of pe wear with Marathon and  Altrx, yet they continued to develop, market and sell  Pinnacle MoM Hips which generated more wear particles than non-crosslinked pe.

---

[116] Heisel C, Silva M, Dela Rosa MA, Schmalzreid TP 'Short term in Vivo Wear of Cross-Linked Polyethylene JBJS 86A, 946751(2004)
[117] Bitsch RG, Loidolt T, Heisel C, Ball S, Schmalzreid TP 'Reduction of Osteolyss with Use of Marathon Cross Linked Polyethylene' JBJS90:1487-1491(2008)

**Pinnacle MoM Hip Simulation**

In a MoM hip replacement, the chemistry of metall wear debris is more complex than that of pe debris. The metal in a MoM hip replacement is made of an alloy of cobalt (Co), chromium (Cr) and molybdenum (Mo). The alloy is typically abbreviated as CoCrMo. As the Mo content is generally only 5-7% of the alloy, the alloy is often referred to as simply as CoCr (but the Mo is always there). As the hip is used, particles of CoCr are worn off the surface. This can be clearly seen on examination of retrieved implants as the surfaces are covered by scratches – each scratch representing removal of material. As will be discussed in more detail below, the wear particles from a MoM hip are generally in the area of 10-100x smaller in diameter than polyethylene particles generated in a metal on polyethylene hip replacement.

Metal wear particles generated in a MoM hip replacement found in periprosthetic tissue may exist as particulate wear debris, metal ions in solution, metallo-protein complexes and byproducts of corrosion and wear products. It was estimated that $10^{12}$-$10^{14}$ (trillion to 100 trillion) particles per year are generated in a well-functioning MoM hip replacement. It should also be recognized that it is difficult to isolate particles that are smaller than a nanometer and the actual number of particles is even higher.

Willert[118] first described the reactions of wear particles and joint replacements. For MoM implants various terms have been used to describe the tissue reaction from metal release (debris and ions). Adverse Local Tissue Reaction (ALTR) encompasses all types of adverse reactions to metal debris. Reactions to metal debris and ions is also referred to as metallosis, Adverse Reaction to Metal Debris (ARMD) and asceptic lymphocyte-dominated vasculitis associated lesion (ALVAL). It is important to note that regardless of the terminology metallosis, ALTR, ARMD and ALVAL all cause adverse events provoked by metallic foreign bodies that can hurt the patient and lead to revision surgery.

These adverse tissue reactions can lead to loosening of implants, loss of bone (osteolysis), asceptic loosening of the implant, loss (dissolved) of tissue, formation of fluids, pain, infection and scar tissues. The American Orthopaedic Association stated "Moreover, adverse periprosthetic tissue reactions involving the hip joint have emerged as an important reason for failure in MoM patients."[119] [120]

Depuy made multiple and consistent claims that the Pinnacle MoM Implants had lower wear rates than metal on pe hip replacements. The lower wear rate was the main rationale Depuy presented for the use of the Pinnacle MoM implants. These lower wear rate claims were presented to the FDA for the approval of the Pinnacle device as well as for marketing and sales presentations to surgeons. Depuy conducted and reported on several hip simulator tests.

Hip simulators are machines that are designed to conduct wear evaluation of hip prostheses during a specified duration, under body-simulated conditions referring to the dynamic and

---

[118] Willert HG, 'Reactions of the Articular Capsule to Wear Products of Artificial Joint Prostheses' J. Biomed Mater. Res. 11:157-164(1977)

[119] American Orthopaedic Association Information Statement 'current Concerns with MoM Hip Arthroplasty' December 2012 Information statement 1035

[120] Lohman CH, Singh G, Willert HG, Buchhorn GH 'Metallic Debris from MoM total hip arthroplasty regulates periprosthetic tissue' W. J Orthop 18:660-666(2014)

kinematic characteristics of human hip joint. They general consist of individual chambers, each comprising a femoral head and acetabular cup liner. The loads and motions are intended to generate the same wear that would be encountered by a patient.

Depuy provided hip simulation from two tests with their FDA 510(k) application K001523.[121] First they reported testing in their own hip simulation with a mean wear rate of .1mm$^3$/10$^6$ cycles. These tests were run with three samples for 4 million cycles on a PM-Med Simulator using a peak load of 2000N with the cups facing in an upwards position.

A second wear test was also provided which was conducted at the University of Leeds. A different simulator (two axes of motion and one axis of loading) was used, and the cups were in the facing downward position. In this Leeds test there was an initial average wear rate (bedding in) of 3mm$^3$/million cycles and steady state wear of 1.2mm$^3$/million cycles. Total volumetric wear ranged from 5 to 10mm$^3$ after 5 million cycles. [122]

Depuy performed additional multiple hip simulator studies on various modifications of the Pinnacle MoM hip replacement. These test consistently showed :
1. that metal wear debris was always generated during the tests
2. Wear rates were highly variable even between otherwise identical samples
3. there were more metal debris particles produced than from metal on polyethylene implants
4. the number of metal particles produced were above the threshold values causing adverse biological reactions

A more in-depth review of a Depuy hip simulation will illustrate the issues inherent in most of their testing.

In Report RDR (Research Department Report) 117/01 a combination of Depuy products and prototypes were subjected to hip simulator studies.[123]

Depuy states "Of the key determinants of survivorship, after surgical technique, wear may be the most important implant-related issue. The evidence with UHMWPE bearings suggests that debris size, morphology and particle concentration in periprosthetic tissue are more important indicators than wear rate alone. An osteolytic threshold of particle concentration has also been described. The response to wear particles is less clear for hard-on-hard implants with less clinical and laboratory data available but reducing the wear rate and thus debris burden must reduce the incidence of biological effects."[124] This statement clearly shows that Depuy was aware that wear rate alone was not the most important indicator for revision and that debris size, morphology and concentration were more important. Nonetheless, Depuy made little or no effort to determine the number of particles of wear generated.

In RDR 117/01 there were 4 groups of implants tested:

---

[121] RDR 117/01 Depuy 037773365 PLT01030
[122] Depuy037773382 PLT-01030-00018
[123] RDR 117/01 'Siumulator Test Report: Comparison of HS0101 Pinnacle (Ultimet) MoM 28mm HS 0102 Pinnacle Ultimet MoM 36mm and HS01013 Ultima MoM 28mm Diameter' Depuy042809322-Depuy042809336 PLT-02529
[124] Depuy042809335 PLT025229

a.   A 36 mm Pinnacle components manufactured specifically for this test, turned from wrought bars and machined.
b.   A 28mm Pinnacle cups were also made specifically for this test.  The cups were made from CCM+ forgings. CCM+ is manufactured from a low carbon content material.
c.   28 mm production Pinnacle Ultima MoM hip
d.   36 mm production Pinnacle Ultima MoM hip

It should be noted that there were several differences between this test and the test submitted by Depuy for the 510(k) approval of Pinnacle.  In RDR/117/01, a ProSim simulator instead of a PM-Med simulator was used.  These machines apply different motions and loads to the samples.  The peak load in RDR117/01 was 3000kN compared to 2000kN used in the FDA submission.  The cups were also placed at an angle of 35° in this test instead of 45°.  Importantly, the cups were facing downwards in this test while they were facing upwards in the FDA submission.  All of these differences are known to affect the wear rate of test samples.

In test RDR 117/01 conducted in 2001, the test was stopped 20 times before ending the test.  It was stopped after .33, .61, 1.17, 1.66, 2.00, 2.34, 2.65,2.99, 3.4, 3.78, 4.20, 4.62, 5.03, 5.53, 6.02, 6.44, 7.01, 8.00 and 9.11 million cycles.  The number of stoppages is critical to the overall results.  When a test is stopped, the stations are disassembled, the implants cleaned, and new serum is used when the test is restarted.  This eliminates or greatly reduces the potential for third body debris induced wear as all impurities are removed at each stoppage.  This is in stark contrast to the clinical situation where a hip is implanted in a patient and used continuously for years without any kind of servicing.  The protein levels (important for lubrication) are kept at a maximum concentration as new serum is used after every stoppage.  In the Leeds tests, the cups were also facing downwards and a different load angle than the Depuy test.

The following is Figure 2 from RDR 117/01.  It shows the graphical representation of the wear of the 3 36mm Pinnacle MoM devices.  Note that 2 of the 3 samples have a much higher wear rate than the third.  There is no explanation for these differences.  You will also see from this graph that Depuy's description of a 'bedding in' and 'steady state' wear are not applicable.

The data with the open squares □ increases sharply from 0-2million cycles.  This is termed the 'bedding in' state.  From 2-4million, the wear rate appears to be relatively constant.  This is the 'steady state' period.  However, from 4-6 million, the wear rate increases sharply again, stays constant from 6-8 million but may be rising again at 9 million cycles when the test was stopped.



DATE RDR 117/01                                                              Page 5 of 15

PROTECTED DOCUMENT. DOCUMENT SUBJECT TO PROTECTIVE ORDER.          DEPUY042809326

PLT-02529-00005

Similarly, the sample depicted with the open circles, ○, has the highest wear rates and appears to increase wear at 6 million cycles after the 'steady state' period.

These graphs show that the wear rates of Pinnacle MoM hip is essentially variable. One sample has very low wear throughout the 9 million cycles while the other two samples have substantially higher wear and never reach a 'steady state' where the wear rate no longer increases.

If this test was representative of what happens in patients, 2 out of 3 patients would be expected to have high metal wear rates. The following is Figure 4 from RDR 117/01 that shows the results for all the samples tested. It is clear from this graph that there is a wide range of wear rates reported. Not including the one sample which was terminated 3 million cycles, there is over a factor of 2 difference between the lowest and highest volumetric wear at 9 million cycles.



**Fig. 4 MoM mean volumetric wear**

Where tests are as follows
- HS0101 – 28mm Pinnacle (n=4), DePuy International 2001
- HS0102 – 36mm Pinnacle (n=3), DePuy International 2001
- HS0103 – 28mm Ultima (n=3), DePuy International 2001
- HS0009 – 28mm Pinnacle (n=5), DePuy International 2000
- HS0010 – 36mm Pinnacle (n=5), DePuy International 2000
- HS0003 – 28mm Ultima (n=3), DePuy International 2000

It is important to note that RDR117/01 was conducted to 9 million cycles. This is longer than the 3-5 million cycle test length. Fortunately, this test was conducted to greater a number of cycles to capture changes in wear rates that would otherwise have gone undetected or unnoticed.

It is notable that wear rates in RDR117/01 were measured in terms of weight loss or volumetric loss. Metal ions, which would be in solution were not measured (and cannot be weighed or measured volumetrically). There is no way to predict what the patient metal ion levels would be from these tests.

In hip simulation RDR 237/00, 3 Depuy one piece MoM hip implant. The results, shown in the following figure, show that there was factor of 4 between the lowest and highest wear rates obtained. Despite this large variation, the report recommends use of this device in patients.[125]

---

[125] Depuy RDR137/00 PLT 01662 36mm MOM Figure 1 Depuy 042826329

Wear @ 5mc = .8, 2.1 and 3.8 mm$^3$



Fig. 1 36mm diameter DePuy 1-Piece MoM hip simulator wear results

In Depuy Hip simulation RDR284/02, 36mm Pinnacle Ultimet implants with three different clearances were tested with a Pinnacle Ultima 28mm as a control sample[126]  The test was conducted on a Pro Sim simulator with cups facing down at 35° and a peak load of 3000N.  A 25% bovine calf serum was used as the lubricant and was changed every 300,000 cycles.
Thee set of 36mm Pinnacle MoM with three different clearances 105, 120, 140 μ vs Ultima
Ultima had highest bedding in 3.2 mm$^3$ vs 1.8(105), 2.5(120) and 2.5(140).  There was no difference in wear rates at 5 million cycles.

All the Depuy hip simulation studies reviewed demonstrated the same results:
1.  There was always metal wear
2.  The particle size of the wear was seldom measured or considered
3.  There was often a large, unexplained standard deviation between otherwise identical samples
4.  Many samples did not achieve 'steady state' wear in that the wear rate between intervals continued to rise through the duration of the test
5.  There was a variation in how the tests were conducted.  These variations included the type of simulator used, load angle, orientation of the components, peak load snd serum concentration.

**Size of Metal Wear Particles**

Depuy was aware of the importance of particle size along with the number of particles.  They state in RDR117/01 "The evidence with UHMWPE bearings suggests that debris size, morphology and particle concentration in periprosthetic tissue are more important indicators than wear rate alone.  It will be shown that the metal particles are so much smaller than pe particles that if you have two equal volumes of metal and pe wear, there will be over 1000x more metal particles than pe.  Depuy never discusses wear in terms of particle number in their marketing literature, they discuss comparative wear rates in terms of either volume or weight differences.  This is purposely misleading.

An osteolytic threshold of particle concentration has also been described.  That is, there has to be a certain amount of pe wear to cause osteolysis.   The response to wear particles is less clear for hard-on-hard implants with less clinical and laboratory data available but reducing the wear rate and thus debris burden must reduce the incidence of biological effects.[127]"

---

[126] RDR284/00 PLT 01673 Depuy000559741
[127] RDR 117/01 Depuy042809335 PLT-02529-00014

The information was to calculate the actual number of metal wear particles was within Depuy's ability. The number of metal particles is simply the wear volume divided by the volume of a single particle. The volume of a single particle can be calculated from the diameter of the particle.

The size of the metal wear particles in a MoM hip were known at the time Depuy conducted their hip simulations tests.

In Leeds wear hip simulation study included with the Pinnacle 510(k) application discussed above, the authors estimated the metal wear particle size of 30nm.[128] Using the radius of a particle to be 15nm (1.5 x $10^{-8}$m), the volume of a single particle is 1.4 x$10^{-14}$mm$^3$. If the wear rate is 3mm$^3$, this would yield 2 x $10^{14}$ particles. This is far more than the $10^{11}$ particles of pe that are associated with osteolysis.

This demonstrates that at the time Depuy applied for FDA approval of the Pinnacle MoM hip, they had generated the hip simulation and particle size data to determine that the Pinnacle MoM hip generated more particles than their Marathon and their later introduced Altrx metal on pe devices. Depuy mislead the performance of Pinnacle MoM implants by discussing wear only in terms of volumetric or mass loss. This single result shows that Depuy failed to meet their objective of developing a hip that produces less wear issues than metal on pe.

Goldsmith et al. at although the volumetric wear rates of MoM devices were substantially lower than metal on pe volumetric wear rates, they concluded that 'since the metallic debris from MoM joints is very fine and may exceed the number of polyethylene wear particles from an otherwise similar metal on pe joint by a factor of $10^3$.[129]

Firkins and Farrar published in 2001, their measurements of metal particles from a hip simulator. They stated that the metal wear particles had a mean size of 25-36x$10^{-9}$ m (25-36nm). They further estimated this was 100x more metal particles per year than the number of pe particles generated in a metal on pe hip replacement.[130][131]

Depuy published a technical document in 2006 that compared metal and pe wear particle size.[132] Their results are summarized in the following table. The authors made comparison of the number of particles difficult by expressing wear volume with different units. The expressed pe wear volume by mg/million cycles while expressing metal wear volume in mm$^3$/million cycles. However, simple arithmetic shows that there are more metal particles being generated than pe. It should also be noticed that the size of the metal wear particles decreased as the test progressed into the 'steady state' phase of wear.

---

[128] Depuy037773422 PLT-01030-00058

[129] Depuy025215730-Depuy025215744 PLT-01376 Goldsmith AAJ, Dowson D, Isaac GH, Lancaster JG, 'A Comparative Joint Simulator Study of the Wear of Metal-On-Metal and Alternative Material Combinations in Hip Replacements' Proc Inst Mech Engr, Part H. J Engr in Med 214:39-47(2000)

[130] Firkins PF, Tipper JL, Saadatzadeh MR, Ingham E, Stone MH, Farrar R, Fisher J 'Quantitative Analysis of Wear and Wear Debris from MoM Hip Prosthesis Tested in a Physiologic Hip Joint Simulator' Biomed Mater and Engr 11:143-157(2001)

[131] Calculation details. Mean metal wear particle diameter used was 30 nm. This corresponds a volume of 2.7x$10^{-23}$mm$^3$. Using Volume =(4/3)∏r$^3$

[132] Kudrna J, Capps SG, 'MoM Ions. What do we know?" Depuy Orthopaedics 2006 Depuy 048995535-Depuy048995538 PLT-00867

It can be seen that the metal wear particles are less than 1/10 the size of the pe particles.

| Material | Particle Size | Wear Volume |
|---|---|---|
| Metal on polyethylene | 500 nm | 3.9-24.1 mg/$10^6$ cycles |
| MoM | 30 nm | 3 mm$^3$/$10^6$ cycles run in 1.2mm$^3$/$10^6$ steady state |

The number of particles can be calculated from knowing the density of pe and the volume of a metal particle. For calculation purposes, the density of ultra high molecular weight polyethylene was set at .94g/cc and the wear volume was set at 5 mg/$10^6$ cycles.

In RDR 117/01, Depuy reported

Startup particle volume $1.4 \times 10^{-14}$ mm$^3$ with a wear rate of 3mm$^3$ corresponds to $2.1 \times 10^{14}$ wear particles.

If the steady state wear particle has 10x smaller diameter, then steady state particle volume is $1.4 \times 10^{-17}$ mm$^3$ with a wear rate of 1.2mm$^3$ corresponds to $8.5 \times 10^{16}$ wear particles.

Because the metal particles are smaller during the 'steady state' condition, although the wear rate may be considered to be in 'steady state' condition, there are 100x more particles being produced during steady state phase than the bedding in phase.

This demonstrates that Depuy's own hip simulator testing shows that 'steady state' wear actually produced more particles per million cycles than wear produced during the startup phase of testing. Further, there are more metal produced per million cycles than for Marathon or Altrx XLPE products. This is contrary to Depuy marketing and sales claims that state that the wear rate of Pinnacle MoM implants decreased during steady state wear. The Depuy marketing and sales claims were based on volumetric wear rates while ignoring wear expressed as the number of particles produced. As the biological response is based on number of particles, the Depuy marketing and sale claims highlighting a Pinnacle benefit, lower wear, were purposely misleading.

**Exhibit IV – Pinnacle MoM 510(k) application – Hip Simulation**
In the 510(k) application, Depuy presented wear results from Hip Simulation Testing. The samples tested were thee standard (neutral) 28mm Pinnacle MoM cups and three augmented 28mm Pinnacle cups which had 10° lips. These results were compared to previous tests of metal on pe devices.

The details of the wear test are in Exhibit IV of the Pinnacle 510(k) K001523. (Depuy037773406 PLT-01030-0042)

The samples were tested on PM-Med Hip simulator. The samples were mounted with the cups facing upwards. All cups and femoral heads were measured to .01mg. Implants were subjected

37

to a Paul load curve with a peak load of 2000N. The test was conducted at 1.1Hz. Samples were tested in bovine serum. Three samples of each type of cup were tested. Wear was determined by measuring the weight loss of the cups and heads.

The test was stopped at predetermined number of cycles to measure the weight loss of the cup and liner. Several measurements were made during the first 1 million cycles and then measurements were taken at 2.5, 3, 3.5 and 4 million cycles.

The following figures show the graphical results of this test. In each graph, the upper line shows the weight loss for the augmented, cup, head and total weight loss.
The average insert wear (weight loss).



**Figure 2:** Average insert wear.

The average femoral head wear



**Figure 3:** Average head wear.

The total wear (sum of cup and head wear)



**Figure 4:** Average total wear of heads and inserts combined.

There are three key features to note on these figures. First, the wear rate of the standard cups and heads was higher than the wear rate for the augmented cups. It is not clear why this occurs as the lip of the cup should not have been involved in the wear results. This suggests that some other, unknown factor, caused the standard samples to have nearly double the wear rate of the augmented samples.

Second, there is a large variation of wear rates in the standard cups and head as indicated by the large error bars. There is nearly a factor of two between the lowest and highest values in each error bar. This variation does not appear to exist with the augmented samples.
A very important feature is that the wear never stops. After 50,000 cycles the wear continues to increase during the entire 4 million cycles.

Depuy converts the mass weight loss to a volume loss using the density of CoCrMo alloy, 8.4g/cm$^3$. Depuy reported that the average wear rate of the MoM samples was .09mm$^3$/million cycles (mc). Assuming a particle volume of 1.4x10$^{-14}$ mm$^3$, this yields 6.4x10$^{12}$ number of particles is higher than the 10$^{11}$ particles associated with pe osteolysis.

However, Depuy states that the results of this study indicate that 'MoM components released two orders of magnitude less wear debris per million cycles than our state of the art metal on pe bearing couples of the same diameter' (Depuy037773415)

This statement is only true when comparing the _volume_ of material lost. That is, the volume of metal wear was ten times less than the volume of pe wear. As shown above, for equal volumes of pe and metal wear, there will be 10-1000x more particles of metal.

39

Depuy's claim of lower wear for the Pinnacle MoM Hip is deceiving as they discuss wear in terms of volume, but it is the number of particles, not volume that leads to adverse biological reactions.

This is an important point as it illustrates that even under the idealized controlled conditions of a lab test, the Pinnacle MoM hip generates particles at a rate more than that required to cause polyethylene osteolysis.

This is a critical point. Even if a Pinnacle MoM implant clinically behaves as it does in a controlled laboratory environment, the number of wear particles produced is greater than the number of pe particles produced under the same conditions.

**These values demonstrate that Pinnacle MoM Hip implants produced 500,000 times the number of metal particles as the number of pe produced by Depuy's Marathon XLPE and 1.8 million times more particles than Depuy's Altrx XLPE.**

These findings alone provide clear evidence that the Pinnacle MoM hip components did not meet the design/product objective of providing an implant that generated less wear than metal on pe.

### Another Wear Product: Metal Ions

The wear that has been discussed above is metal particulate wear caused by the rubbing of the metal femoral head against the metal acetabular cup. These particles, by their small size and high numbers would be expected to cause biologically adverse reactions such as bone and tissue loss much like pe particles.

However, metal ions can also be generated from a MoM hip such as Pinnacle. Metal ions are soluble in solution and are the size of atoms. Because metal ions carry a positive charge, they easily bond or react with proteins and other biological chemicals creating metal ion complexes. These metal ion complexes are known to activate the immune system and cause biological responses much different from pe wear particles.[133]

It is important to note that a MoM hip, like the Pinnacle, can generate either or both types of wear, particulate or ionic. High enough amounts of either particulate or ionic wear can lead to adverse reactions to metal debris that lead to revision surgery. Although measuring the metal ion levels in patients with a MoM hip is advised, the MoM hip may require revision if the patient is in pain, regardless of of the metal ion level alone

Metal ions can be generated through corrosion processes that occur wherever two metal components are joined. Corrosion can also occur to the particles that are generated by the wear process. This is depicted

---

[133] Kudrna J, Capps SG, 'MoM Ions. What do we know?" Depuy Orthopaedics 2006  Depuy 048995535-Depuy048995538 PLT-00867

in the figure below where metal particles are being generated between the femoral head and the cup (locations 1 and 2) and at the junction of the femoral neck and the femoral ball (location 3). Location 3 can generate wear particles if there is motion of the head against the neck but can also generate metal ions if corrosion occurs.

**MoM**
**LHTHA**



Metal ions play a larger role in discussions regarding MoM hips because metal ions, unlike polyethylene particles, can be measured in the blood or the urine of the patient. A portion of the metal ions created from wear and/or corrosion can make their way to the blood and urine for detection. This provides an assessment of the degradation of the implant that is not available for nonmetallic bearing surface materials. It is important to note that it is not known what portion of the metal ions generated enter the blood or urine and that processes that can cause implant revision do not all create metal ions. Thus, high metal ions levels found are indications of high wear/degradation in the joint, but a low metal ion level does not mean that other processes such as loosening and osteolysis cannot be occurring.

Although some corrosion also occurs in metal on polyethylene devices, the literature is consistent in reporting that metal ion levels are higher in MoM devices than metal on polyethylene devices. This likely due to two factors. First, MoM devices generate an extremely high number of small, particles – over a trillion/year. The small size of these particles provides a very high surface area for corrosion to occur compared to corroding the implant itself. Second, the MoM devices in this case, the Pinnacle have large femoral heads. This places more stress at the junction where the femoral head engages the neck taper of the femoral stem. (see location 3 in figure above). This increased stress can lead to corrosion at the taper junction.

In 2010, The Medicines and Healthcare Products Regulatory Agency (MHRA) in the United Kingdom issued a Medical Device alert that patients may develop progressive soft tissue reactions to the wear debris with MoM articulations. The debris can cause soft tissue necrosis and adversely affect the results of revision surgery. Early revision of poorly performing MoM hip replacements should give a better revision outcome. They went on to advise that if either Co or Cr ion levels are elevated above 7ppb (parts per billion) then a second test should be performed in three months to determine which patients require closer examination, such as with MRI. If imaging reveals soft tissue reactions, fluid collections or tissue masses, then revision surgery should be considered.[134]

The MHRA was the first to issue a warning 'threshold value' metal ion level of 7parts/billion. However, there is currently no threshold value as implant failures such as loosening, and tissue necrosis have been reported in patients with metal ions levels less than 3 ppb. Most recently, it has been suggested that

---

[134] MHRA Medical Device Alert. All MoM *(MoM) hip replacements. MDA.2010/033 April 22,2010

there is no metal ion threshold that should be used alone to determine if a revision should be done. This is due, in part, to the recognition that the presence of any level of metal ions has been found in patients with ARMD and that revisions are being done at sooner times so that metal ion levels cannot increase with time.[135]

Although a high metal ion level in patient is indicative of the presence of significant corrosion and/or wear, implant loosening, and other failure modes can be caused by the nonionic wear debris alone which would not be reflected in the metal ion levels.

Corrosion can also be initiated through a process called crevice corrosion. In this process, small chemical 'microenvironments' created by crevices between modular components cause chemical corrosion. Crevice corrosion can also be accelerated by the fretting process. Conversely, if enough crevice corrosion occurs, more relative motion between components can occur and corrosion is further accelerated. This process involving wear/fretting and corrosion has also been termed Mechanically Assisted Crevice Corrosion (MACC) or Tribocorrosion.

The actual chemistry of crevice corrosion is complex, but the key fundamentals and reactions are known. There are many factors that are known to play a role in the process including passivation of the surface, presence of oxygen, and local acidity (pH). Additionally, there are subsequent chemical and biological reactions to the metal ions and other chemicals produced as by corrosion byproducts.

Although corrosion occurs in every taper, it is not always easy to visually see. However, corrosion can often be visually seen as a darkening/blackening of the metal either in the bore of the femoral head and/or on the femoral taper. In some cases, there can be a greenish tinge to the darkening.

Corrosion of mixed metal modular junctions has been known almost since the inception of their use. Gilbert reported in 1993 that 35% of the femoral heads and 16% of the neck in modular hip replacements showed signs of moderate to severe corrosion. Severe corrosion was observed as early as 2.5 months after implantation. It was also shown that the extent of corrosion increased with implant time.[136]

In 1998, Jacobs et. Al. published an extensive review on Corrosion of Metal Orthopaedic Implants.[137] They pointed out that the degradation of metals may result from electrochemical dissolution phenomena, wear or some combination of the two. The clinical importance of these processes is evidenced by particulate corrosion products distributed to surrounding tissue causing a cascade of events leading to bone loss and other biological adverse responses.

In both fretting and crevice corrosion mechanisms, corrosion products of metal ions are generated. Some of these ions migrate into the surrounding tissue and others form products such as Chromium orthophosphate which is a solid, sometimes greenish, material found at the site of corrosion. The corrosion products are what cause the cascade of events that lead to the different types of adverse tissue reactions which then lead to pain and revision surgery.

---

[135] Matharu GS, Berryman F, Dunlop DJ, Revell MP, Judge A, Murray DW, Pandit HG 'No Threshold Exists for Recommending Revision Surgery in MoM Hip Artghroplasty Patients with Adverse Reactions to Metal Debris: A Retrospective Cohort Study of 346 Revisions' J Arthroplasty 34:1483-1491(2019)

[136] Gilbert JL, et. Al 'In Vivo corrosion of modular hip prosthesis components in mixed and similar metal combinations. The effect of crevice, stress motion and alloy coupling' J. Biomed Mater Res 27, 1533 (1993)

[137] Jacobs JJ, et. Al 'Current Concepts Review – Corrosion of Metal Orthopaedic Implants' JBJS 80A, 268 (1998)

There have been a number of publications demonstrating the ability of metal ions to be toxic to macrophages, modulate the growth of osteoblasts and interfere in bone formation.  Corrosion products form wear particles induce bone resorption in vitro and consequently osteolysis.[138] [139] [140]

### Pinnacle MoM Implant – Femoral Taper (Trunnion)

Another important issue that can potentially lead to adverse events in a hip replacement system are the connections of the different components with each.  The femoral head is attached to the 'neck' of the



femoral stem with a 'cone on cone' friction fit.  The femoral stem is also referred to as the trunnion.  As will be discussed in detail below, metal debris and/or metal ions can be generated at this junction via wear or corrosion mechanisms.  An illustration of this joint is below.

Each metal to metal connection is a potential source of metal debris or ions.  The amount of metal debris generated is dependent on several factors:

1. Tolerances of the dimensions of the trunnion and bore
2. Roughness of the mating surfaces
3. Length to diameter ratio of the trunnion
4. Femoral head diameter
5. Metals used

According to Depuy manufacturing records, the manufacturing tolerance for inner core of the 36mm Apsphere femoral head is between 5.5834 and 5.7222°.  This is a tolerance of .1388°.  Shareef (1996) showed that the magnitude of the micromotion between head and ball varied between 4 and 26% with an increase of angle tolerance of 1 minute (.0167°).  This means that the Pinnacle Asphere 36mm head had a tolerance 8x this value which would increase the tendency for micromotion and therefore wear.

The trunnions of the Depuy stems have ridges that are approximately 8 microns deep and 170 microns apart.  Depuy states that these ridges were designed to create a deformable surface that would reduce

[138] Goodman S, Aspenberg P, Song Y, et. Al. 'Tissue ingrowth and differentiation in the bone harvest chamber in the presence of cobalt chromium alloy and high density pe particles' JBJS 77a:1025(1977)

[139] Urban RM, Jacobs JJ, Gilbert JL, 'Migration of Corrosion Products from modular hip prostheses. Particle microanalysis and histopathological findings' JBJS 76A:1345(1994)

[140] Lee SH, Brennan FR, Jacobs JJ, 'Human monocyte/macrophage response to cobalt-chromium corrosion products and titanium particles in patients with total joint replacements' J Ortho Res 15:41(1997)

the hoop stresses when a ceramic head was used. That is, when a ceramic was impacted onto a ridged trunnion, the ridges would deform which reduces the stresses on the ceramic head. [141] These ridges create a rough surface on the taper engagement zone that can have a peak to valley deviation of 8-20 microns.[142] These ridges are solely for the benefit of ceramic heads and provide no benefit to a metal femoral head like the ones used in this case.

In fact, these ridges are more easily worn off and create crevices where crevice corrosion is more likely to occur. The presence of these ridge and the wide dimension tolerances increase the likelihood of wear and corrosion at the trunnion.

The femoral heads used in these Pinnacle cases are all 36mm or larger which would increase the stresses at the trunnion over trunnion stresses when smaller femoral heads are used.

Relative motion of the femoral head and stem can often be seen in retrieved components. Wear and fretting at the trunnion can be seen in disruption of the trunnion ridges. Motion is indicated by the presence of smooth and rough areas on the trunnion and bore. Often the pattern of trunnion ridges is imprinted on the inside of the bore of the head.

Elkins et. Al reported on the tradeoffs between using a large diameter femoral head to minimize dislocation and the increased forces a larger head places on the trunnion. Higher forces on the trunnion could cause increased wear and corrosion. From finite element modeling, They concluded that Stability improved with increased diameter, although diminishing benefit was seen for sizes of greater than 40 mm. By contrast, contact stress and computed wear at the trunnion interface all increased unabatedly with increasing head size. Increased impaction forces resulted in only small decreases in trunnion wear generation. Conclusions These data suggest that the theoretical advantages of large-diameter femoral heads have a limit. Diameters of greater than 40 mm demonstrated only modest improvement in terms of joint stability yet incurred substantial increase in wear potential at the trunnion. This computational result mirrors clinical outcomes. There is little clinical evidence that diameters greater than 36mm reduce the incidence of dislocation and trunnionosis is associated with larger diameter femoral heads.[143] [144] [145]

It is important to note that the Elkins computation did not include a taper with ridges. It would be expected that increased stresses on a trunnion with ridges would cause even more wear.

Additional literature supports the concern that surface roughness increases wear and corrosion.

---

[141] Todd Smith Deposition June 13, 2013 p 132

[142] Todd Smith Deposition Ex 3 p 50

[143] Bolland B, Culliford D, Langton D, Millington J, Arden N, Latham J. High failure rates with a large-diameter hybrid metal-on metal total hip replacement: clinical, radiological and retrieval analysis. J Bone Joint Surg Br. 93:608–615(2011)

[144] Garbuz DS, Tanzer M, Greidanus NV, Masri BA, Duncan CP. The John Charnley Award. Metal-on-metal hip resurfacing versus large-diameter head metal-on-metal total hip arthroplasty: a randomized clinical trial. Clin Orthop Relat Res. 2010;468:318–325

[145] Langton D, Jameson S, Joyce T, Gandhi J, Sidaginamale R, Mereddy P, Lord J, Nargol A. Accelerating failure rate of the ASR total hip replacement. J Bone Joint Surg Br. 93:1011–1016(2011)

Biring (2004) reported that in CoCr-Ti alloy head stem combinations, corrosion is reduced if the surface is smooth. [146]

In 2012, Meswani reported that the corrosion of the cobalt chrome head is enhanced if the surface finish on the taper is rough.[147]

In 2012, Fricka compared corrosion between 19 Depuy 36 mm MoM femoral heads with 14 metal on pe heads.  The MoM group had higher levels of corrosion.  8 of the 19 MoM femoral heads vs 1 of 14 of the metal/pe head had corrosion that extended outside the taper zone.  All patients with MoM hips that were revised for adverse local tissue reactions exhibited corrosion.  MoM patients that were revised because of adverse reaction local tissue reaction had higher levels of corrosion than those patients revised for other reasons.  Corrosion scores increased with time.  The authors were concerned that MoM adverse local tissue reactions due to corrosion will increase with longer followup times. Fricka also suggested that taper stability may be effected by friction created between the femoral head and cup during movement.  If there is friction between the head and cup, it will increase the torque at the head taper junction which could movement between head and taper.   This movement would further increase wear and/or corrosion.[148]

The Pinnacle Bearings used in conjunction with the 36mm Pinnacle had 12/14 or 11/13 taper junctions. These sizes were associated with increase stresses at the taper junction and increase fretting corrosion by Fricka and Goldberg.[149]

### Pinnacle MoM Hip Replacements: Claims for increased stability

One of the marketed benefits of the Pinnacle MoM Hip Replacement was a reduction in the incidence of hip dislocation due to use of femoral larger than 32mm in diameter.    However, Depuy's clinical data did not support this claim over the use of any system with femoral head 36mm in diameter or larger.  At the time of Pinnacle MoM Hip replacement sales, Depuy offered metal on pe hip replacements 36mm.  This means any benefit derived from using a 36mm Pinnacle MoM head (instead of a smaller diameter head) would also be obtained with a 36 metal on pe hip.  Depuy has not shown any evidence that a 36mm Pinnacle would be superior to a 36mm metal on pe hip in regards to dislocation.  Further, there are several studies that show that dislocation rates do not change with head sizes larger than 36 mm. In 2006 Khatod concluded that femoral head size did not affect dislocation but patients with heads ≥32mm

---

[146] Biring G, Meswania J, Wylie C, Muirhead-Allwood, Hua, J, Blunn G, 'Enhanced Corrosion of Small Modular Tapers for Hip Replacement' Ortho. Proc. 86B No Sup III
https://online.boneandjoint.org.uk/doi/abs/10.1302/0301-620X.86BSUPP_III.0860250
[147] Meswania J, Biring G, Wylie C, Hua J, Muirhead-Allwood S, Blunn G, 'Enhanced Wear and corrosion in Modular Tapers in total Hip Replacement – An In Vitro Biomechanical Study' Ortho Proc 84B Supp XXXVI
https://online.boneandjoint.org.uk/doi/abs/10.1302/1358-992X.94BSUPP_XXXVI.BORS2011-016
[148] Fricka KB, Ho H, Peace WJ, Engh CA, 'MoM Local Tissue Reaction is Associated with Corrosion of the Head Taper Junction' J. Arthroplasty 27:26-31(2012)
[149] Goldberg JR, Gilbert JL, Jacob JJ, Bauer TW, Paprosky W, Leurgans S, 'A Multicenter retrieval study of the taper interfaces of modular hip prosthesis' CORR 401:149-161(2002)

tended toward lower risk than patients with ≤28mm.[150]  Similarly, Plate reported that patients with femoral heads ≥36mm had no dislocations.[151]

**Depuy aSphere Technology**

Another marketing focus of Depuy for the Pinnacle MoM Hip system was aSphere Technology.  aSphere technology was described as "This advanced design incorporates a wear resistance zone so patients may experience a substantial decrease in metal wear debris and ion release when compared with conventional MoM designs.

DePuy presents a design rationale for the aSphere based in large part upon a publication by **Bergman, et al. titled "Hip Contact Forces and Gait Patterns From Routine Activities" J. Biomechanics 2001.**  This work is based hip force data in the form of resultant joint reaction.  However, the authors measure the force exerted between the femoral head and acetabulum.  However, they also assume a pressure distribution between head and acetabulum which is not verifiable.  However, Depuy's own hip simulation testing which shows no consistent benefit illustrates the inaccuracy of Berman's publication predictions.

Combined with TrueGlide technology, the aSphere head was claimed to help facilitate a more fluid range of natural motion for patients."[152]  The concept was to have pre-contoured areas of the femoral head that encompassed the greatest and most frequent contact during routine activities.

Depuy market two femoral heads, the MSpec and the aSphere.  The MSpec femoral head was their standard femoral head and the aSphere was an improved femoral head with 'optimized clearance' to provide reduce wear.

Depuy conducted hip simulation studies of the Mspec and aSphere femoral heads in WR080407 in 2008.[153]  In this test they compared the hip simulator wear rates of:
1. 36mm MoM aSphere loaded through the pole of the femoral head
2. 36mm MoM aSphere loaded through a point 35° from the pole
3. 36mm MoM Mspec loaded through a point 35° from the pole
4. 36mm MoM aSphere loaded through a point 35° pole

Samples 1 and 2 were run for .5 million cycles and samples 3 and 4 were run for 3.5 million cycles.  The volumetric wear rates are presented below.

| aSphere normal mm$^3$ | aSphere 35° mm$^3$ |
|---|---|
| .41 | 3.57 |

| Mspec 35° mm$^3$ | aSphere 35° mm$^3$ |
|---|---|

---

[150] Khatod M 2006 Khatod M, Barber T, Paxtonn E. et. Al. 'An Analysis of the risk of hip dislocation with a contemporary total joint registry' CORR 2006

[151] Plate 2012 Plate JF, Seyler, TM, Stroh DA, Issa K, Akbar M, Mont MA, 'Risk of dislocation using large vs small diameter femoral heads in total hip arthroplasty' BMC Research Notes 5:55(2012)

[152] aSphere Design Rationale Depuy051870536  PLT-00053

[153] Depuy WR080407 PLT-00778 Depuy020867975

| 5.41 | 5.37 |
|------|------|

Shows that load angle can increase the wear rate and there was no statistical difference in wear between Mspec and aSphere femoral heads.  It should be noted that the wear rates produced by both Mspec and aSphere heads produce more metal wear particles than metal on pe devices.  The lack of difference between the Mspec and aSphere heads is contrary to Depuy's marketing claims of the superiority of the aSphere heads.

In WR 090095, Depuy again compared the Mspec and aSphere heads.  In this test, femoral heads with a 1.5mm offset were used along with the 35° angle.  Again, there was no statistical difference between the Mspec and aSphere head.[154]  It should also be noted that in this test, the standard deviations of the Mspec sample with high clearance was 54% of the mean value (5.44 ± 2.93) Similar to other Pinnacle hip simulation tests, the number of metal particles generated was higher than for metal on pe devices.  If these hip simulations were to mirror clinical outcomes, Depuy should have expected patients to have issues associated with adverse reactions to metal debris and should not have expected any difference between the aSphere and Mspec femoral heads.

In an email exchange between Dr. Graham Isaac of Depuy with Anke Breckon in 2003 re: a possible long-term study of MoM, ceramic on ceramic and ceramic on Marathon pe.  Dr. Isaac replied "Essentially the numbers required to establish a difference in terms of clinical outcome would be huge.  We know that the outcome with poly is very good and to try and demonstrate that either MoM or CoC was any better would be almost impossible." [155]

**Trueglide Technology**

Depuy used misleading marketing to describe the lubrication technology of the Pinnacle MoM Hip implants.  An example is the following marketing material published by Depuy.[156]

Depuy states that
> "Metal-on-metal bearings have been used since the first joint replacements in the U.S. in the 1960s."

This clearly is misleading as discussed above, all the MoM bearings introduced in the 1960s were abandoned in the early 1970s due to poor performance relative to metal on pe hip replacements.  This statement is also misleading in their using the term 'used since' as no MoM implants were used from the mid-1970s until 1999.

---

[154] Depuy WR090095 PLT-00768 Depuy066530786
[155] Depuy025205202 PLT-00670
[156] Depuy Orthopaedics 0612-99-510 112.5M 0111 'Never Stop Moving' DCMED-000158125-DCMED-000158136: PLT-00765

"The precision contoured components used in the Pinnacle Hip System provide low wear."

The reference cited is as 'Data on file at Depuy Orthopaedics Inc. 'Trueglide' technology was introduced in 2001. However, the reference is only cited as 'Data on file at Depuy Orthopaedics Inc. Trueglide technology was claimed to provide "low wear and smooth function." Depuy claimed that Trueglide technology helps your body create a thin layer of natural lubrication



between the surfaces of the ball and socket.' They also state "Pinnacle Hips' exclusive Trueglide Technology keeps the bearing surfaces fully separated and weight fully supported by the lubricating fluid.' They even provide a schematic demonstrating their claim.

Depuy provides no evidence or data for this claim, nor do they provide any limitations of the claim that the 'bearing surfaces are fully separated and the load fully supported by the lubricating fluid."

If this Trueglide technology worked, then there would be fluid between the femoral head and acetabular cup so the bearing surfaces would not be touching. This would result in NO wear. Although it is possible that there is a fluid layer for a portion of a walking cycle, the fluid will flow out from between the components when the patient is not moving. When the patient begins to move, there will be metal to metal contact and wear. It should be noted that EVERY hip simulation test run by Depuy and anyone else has always produced measurable metal wear.

Depuy had several exchanges with the FDA regarding their claims of Trueglide Technology. The FDA strongly challenged and denied the Depuy descriptions of the technology.

PLT-00022  Depuy063145549 FDA Response to Trueglide claims This document contains is a summary of the FDA's stance on TrueGlide from those Discussions.
 **Summary:** The FDA objected to the use of fluid film theory, explanations, pictures, etc. They did accept the use of the term as a trademarked term for the technology, which includes such things as tolerancing and manufacturing methods, etc. that allows for low wear and higher stability, and this in turn leads to improved function and range of motion (with the note that range of motion analysis has not been shown to predict clinical performance). An example of the exchange between Depuy and the FDA, Depuy made the following claim:

"In vitro testing Pinnacle's exclusive Trueglide technology demonstrates that Pinnacles advanced design with manufacturing tolerances and surface finish provides for lower wear and higher stability. This, in turn, provides patients with improved function and range of motion'"

The FDA response to these claims were:
"As discussed, claims cannot be made based on theoretical calculations"

Depuy then modified the claims to Trueglide so that the benefit was described as helping 'patients move more naturally'. However, their marketing materials continued to show figures with a full fluid layer between the femoral ball and liner.

FDA response to Depuy was:

"Please note that there is no clinical information that supports the statement that the Pinnacle Hip Solution helps patients move more naturally and more easily." The FDA also points out that Depuy data shows fluid film generation over 1-5% of the gait cycle in continuous motion, so 95% of the rest of the time it is operating under mixed lubrication, especially under more intermittent gait where fluid films probably never occur. Also, the surfaces become scratched...to our knowledge true fluid films probably never occur."

Depuy was relying on marketing the Trueglide technology to 'grow above market and dominate the MoM segment'. The following email from Paul Berman of Depuy states this clearly. Again, they are using misleading marketing in highlighting fluid film lubrication and low wear.[157]

---

| From: | Berman, Paul [DPYUS] |
|-------|----------------------|
| To: | Yoo, Jae [Byungjae] [JJCUS] |
| Sent: | 9/18/2007 1:54:13 PM |
| Subject: | TrueGlide |

Jae - not sure if I mentioned this in our conversation.....

a big driver behind our decision to go with Tri or TruGlide is our current strategic focus and brand identity. DePuy US is known for high performance hip bearings with optimized tribology, wear resistance and stability. This is why we are growing above market and dominate the MoM segment. By focusing on the fluid motion story with patients, we make a natural link to what surgeons know us for......fluid film lubrication and low wear.

Paul M. Berman
Group Product Director
Hips Marketing
DePuy, a Johnson & Johnson Company
574-372-7020

---

[157] PLT02592 Depuy019029968

**Depuy Utilized An FDA Procedure Which Allowed It To Bring Its Pinnacle MoM Hip Implants To Market Without Any Testing For Known Dangers of Metal Implants**

The Food and Drug Administration (FDA) was established in 1906 by President Theodore Roosevelt. However, it was not until 1976 when congress passed the Medical Device Amendment (MDA) Act that the FDA implemented methods to regulate the marketing of medical devices.

The MDA Act created three classifications of devices:

> Class I: The US FDA defines Class I devices as devices which are "*not intended for use in supporting or sustaining life or of substantial importance in preventing impairment to human health, and they may not present a potential unreasonable risk of illness or injury.*" 47% of medical devices fall into this category.

> Class II: Class II medical devices have a higher potential for health risks than Class I devices because they are more likely to come into sustained contact with a patient. Hip and Knee replacements are often Class II devices. The FDA defines Class II devices as "*devices for which general controls are insufficient to provide reasonable assurance of the safety and effectiveness of the device.*" These regulations depend on the device and may include special labeling requirements, patient registries, and performance standards.

> Most Class II devices come to market using the Premarket Notification (510k) process. The 510(k) is an application to the FDA, demonstrating that the device is 'equivalent' to another device which is on the market. It should be clearly noted that the FDA meaning of the word 'equivalence' does not mean equal in performance as it generally does in the common usage of the word. The 510(k) process will be discussed in more detail below. The 510(k) process allows the sponsor to market and sell a device by demonstrating only that it is 'substantially equivalent' to an already 510(k) cleared device.

> Class III: A device which "*usually sustain or support life, are implanted or present a potential unreasonable risk of illness or injury.*" Class III devices are subject to all FDA General Controls and the FDA Premarket Approval (PMA) process. The FDA writes, "due to the level of risk associated with Class III devices, FDA has determined that general and special controls alone are insufficient to assure the safety and effectiveness of Class III devices."

The PMA process requires a rigorous study of a medical device to prove safety and effectiveness through the development of a data-driven benefit/risk profile. The PMA process generally involves clinical trials, and the sponsor needs to submit valid scientific evidence that establishes the safety and efficacy of the device. It should be noted that there are exceptions to the Class III PMA requirements. There are some Class III devices that can be marketed with a 510(k) submission. This will also be discussed below.

The term "preamendment devices" refers to devices legally marketed in the U.S. by a firm before MDA Act was initiated on May 28. That is, all devices that were legally sold before May 28,1976 were considered to be 'grandfathered' by the FDA and cleared for sale. These preamendment devices were then assigned Category I, II or III status as described above.

The FDA's definition of 'substantial equivalence' relates to device characteristics. A device is 'substantially equivalent' if, in comparison to a predicate (previously cleared) device it:

- has the same intended use as the predicate; and
- has the same technological characteristics as the predicate; and
- has different technology but does not raise different questions of safety and effectiveness; and
- the information submitted to FDA demonstrates that the device is at least as safe and effective as the legally marketed device.

It does not mean equal in performance or require the submission of any data establishing the actual safety or efficacy of the device. Once a device receives 510(k) clearance, then it may serve as a predicate device for which subsequent 510(k) submissions may be based on.

A predicate device is a device that has already been cleared by the FDA. This includes preamendment devices. It is important to note that studies, tests or data supporting safety and efficacy are not requirements in meeting the 'substantial equivalence' threshold for approval. *In fact, the 510(k) substantial equivalence process allows using predicate devices that are no longer sold, abandoned, demonstrated to have poor clinical performance or recalled by the manufacturer.* Importantly, MoM hip implants were already abandoned due to poor clinical results prior to 1976, when these rules were first enacted.

Since the establishment of the Medical Device Act in 1976, MoM Hip Replacements have been categorized as Class III devices. However, MoM devices assigned to Class III were allowed to receive temporary review for 'substantial equivalence' to a previously cleared device until the FDA could 'down classify' the device to a lower Class. This temporary plan was to allow the FDA time to review all Class III devices and decide which were to remain Class III. Although, this review of preamendment applications for Class III devices was to be completed by December of 2012, 19 different Class III devices, including MoM hip replacements, were still being cleared for sale via the 501(k) process.

**Regulatory History: MoM and Pinnacle MoM Implants: 2001 FDA Panel on MoM Hip Devices**

A FDA Orthopaedic Panel meeting was held on August 8, 2001 for the purpose of 'down classifying' MoM Hips from Class III to Class II.

The down classification was requested by the Orthopedic Surgical Manufacturer's Association (OSMA). Down classification and would have resulted in the easing of test requirements for MoM devices making them easier to bring onto the market. They requested that MoM devices be 'down classified from Class III to Class II.

I served on this panel and was a 'lead' clinical panel reviewer. In this capacity, the FDA asked me to prepare and present my comments on the issue of down classifying MoM hip replacements. The Orthopaedic and Rehabilitation Devices Advisory Panel recommended by a vote of five to two that the hip joint metal/metal semi-constrained prostheses (cemented and uncemented) ***not*** be reclassified from Class III to Class II. [158]

Among the main concerns leading to the denial of down classifying MoM hip replacements and requiring a PMA application were:

---

[158] Orthopaedics and Rehabilitation Services Advisory Panel Open Session. 'Reclassification Petition for MoM Total Hip Arthroplasty' Department of Health and Human Services. Food and Drug Administration. Center for Devices and Radiologic Health. August 8,2001

- The absence of any clinical data that demonstrated superiority over metal on polyethylene.
- Metal ion and debris are associated with all MoM joint replacements.
- There are adverse health effects of metal ions and metal debris.
- Incomplete/inadequate clinical and preclinical testing data, including hip simulations

As the lead reviewer, I presented my views on down classifying MoM hips from Class III to Class II.  My objections to the down classification were:

1. There were no long term successful clinical trials of any MoM device.
2. There was no known preclinical wear test that could duplicate the clinical conditions that the implant will be subjected to in patients.
3. The metal wear particles generated are known to be much smaller than polyethylene particles. This means that given equal weights (or volume) of pe and metal particles, there will be many, many more metal particles.
4. It is likely that size for size, metal particles will be more biologically active than pe particles.
5. The design features of new MoM implants is not known.  The effect of these design features on clinical performance is unknown.
6. There has been and there still is evidence that metal debris and metal ions can cause severe adverse reactions.
7. Hip simulations have not simulated all the common movements that patients will expose their implant to including, separation of the femoral head from the acetabular cup during gait, starting and stopping and running.

In 2002, the FDA published a denial of the reclassification petition in the Federal Register. In September of 2002, the FDA wrote

"In addition, the Panel discussed that preclinical information, including validation of wear simulation, nonideal preclinical wear testing and biological evaluation of metallic wear debris generated by the devices were not established.  The particle size of the metallic debris generated by these devices is substantially smaller than the particle size of the metallic debris generated by other hip joint prosthesis and the long- and short-term biological effects from human retrievals or preclinical evaluation of these smaller size metallic wear particles is unknown"[159]

However, despite the denial of 'down classifying, the absence of establishing guidelines for the Class III approval of MoM implants, MoM devices continued to be cleared via the 510(k) process which does not require clinical testing or the presentation of data demonstrating safety and effectiveness. It was not until 2016 that the FDA required MoM devices to have PMA approval.  Since that time, there have been no MoM hip replacements cleared for sale in the US.

**Depuy 510(k) application for Pinnacle MoM Hip Implants**

**Depuy Claimed the Pinnacle MoM Devices Were Substantially Equivalent to Previously Failed and Abandoned MoM Devices**

---

[159] PLT-01051.PDF FDA Letter denying down classification. September 2002 Depuy008220540

Depuy obtained approval for sales and marketing of the Pinnacle MoM Implant via the FDA 510(k) process. From the FDA website:[160]

"A 510(k) requires demonstration of substantial equivalence to another legally U.S. marketed device. Substantial equivalence means that the new device is as safe and effective as the predicate.

A device is substantially equivalent if, in comparison to a predicate it:

- has the same intended use as the predicate; **and**
- has the same technological characteristics as the predicate;
  **or**
- has the same intended use as the predicate; **and**
- has different technological characteristics and does not raise different questions of safety and effectiveness; **and**
- the information submitted to FDA demonstrates that the device is as safe and effective as the legally marketed device.

A claim of substantial equivalence does not mean the new and predicate devices needs to be identical. FDA first establishes that the new and predicate devices have the same intended use and any differences in technological characteristics do not raise different questions of safety and effectiveness. FDA then determines whether the device is as safe and effective as the predicate device by reviewing the scientific methods used to evaluate differences in technological characteristics and performance data. This performance data can include clinical data and non-clinical bench performance data, including engineering performance testing, sterility, electromagnetic compatibility, software validation, biocompatibility evaluation, among other data."

Depuy received clearance of the Pinnacle MoM Hip System through the 510(k) pathway in 2000 (K002883).[161]

In this application, Depuy claimed the Pinnacle MoM cup to substantially equivalent to the Depuy Ultima MoM implant which was also approved by the 510(k) process (K001523)[162].

In K001523, Depuy claimed the Ultima MoM Hip system was substantially equivalent to 4 other devices:
ZT II Acetabular cup
Sulzer Interop Metasul Hip Cup
McKee Farrar Hip System
Ring Hip System

The ZT II Acetabular cup was also cleared through a 510(k) application (K951000) but was a metal on polyethylene hip system.

The Sulzer Interop Metasul Hip cup was also cleared through a 510(k) application (K974728) in 1997. The Metasul 510(k) application claimed substantial equivalence to the McKee Farrar, Ring and Sivash MoM

---

[160] https://www.fda.gov/medical-devices/premarket-submissions/premarket-notification-510k
[161] FDA 510(k) K002883 Oct 2000
[162] Depuy037773365-Depuy037773556  PLT-01030  Ultima MoM Acetabular Cup

Hip systems. The Metasul MoM hip system but had a key design difference from the Pinnacle. There was a polyethylene layer between the liner and the acetabular shell.

In K001523, Depuy described the McKee Farrar and Ring Hip Systems had 'moderate clinical success'.

A reminder that the McKee Farrar, Ring and Sivash devices were preamendment devices meaning that they were commercially marketed in May 1976. These preamendment MoM hip systems never had to establish safety and efficacy. They were declared approved devices automatically by the Medical Device Act of 1976. The connection between these devices is shown in the following diagram

## Pinnacle Mom 510(k) Predicate Devices



By 2000, when the Pinnacle was first marketed, none of the 3 pre-amendment predicate devices, McKee-Farrar, Ring or Sivash were in use or clinically available. Importantly, as discussed in detail above, each of these implants had already been abandoned prior to 1976 for poor clinical performance

**Depuy Ultima MoM Implant**

In the Pinnacle application K002883 Depuy states:

> "The Pinnacle Metal-on-Metal Acetabular Cup Liners are identical to the Ultima Metal-on-Metal Acetabular Cup Liners that were previously cleared. The intended use, articular surface, material and locking mechanism with the outer shell are the same. The only changes are minor design changes that allow the liners to be used with the Pinnacle Acetabular Shells that have been cleared previously"

54

As Depuy claims that the Ultima and the Pinnacle are 'identical' in intended use, articular surface, materials and locking mechanism, it would be reasonable to suspect that the Pinnacle MoM implant would/could behave similarly.

Depuy stopped sales of the Ultima MoM system in 2005 in favor of the Pinnacle MoM system. However, clinical data became available after 2005.

In 2007, the Medicines and Healthcare Products Regulatory Agency (MHRA) in the UK issued a Medical Device Alert for the Depuy Ultima MoM total hip replacement.[163]  The warning was to monitor patients with Ultima MoM hips for unexplained groin pain and the need for early revision due to periprosthetic soft tissue necrosis.  The MHRA was acting on a UK study showing high revision rates, tissue necrosis, dislocations and fractures.  The revisions were required 1 to 7 years after implantation.

Depuy followed and responded to this MHRA alert with a 'Dear Surgeon' letter issued 2/8/2007.  In this letter, they state that there were 60 revisions in 637 patients.  Depuy stated that the patients presented with the following:
> Groin pain
> Pain with activity and flexion
> Pain development from intermittent to constant
> Effusion on MRI
> Time to presentation 6 months to several years
> Largely normal radiographs
> Normal inflammatory markers

They also stated that nearly all symptomatic patients had at least one of a number of abnormalities including inflammatory masses, bone marrow edema, muscle edema, muscle atrophy and avulsion.

The details of this case are clear warnings of potential problems that might be encountered with the 'identical' in design Pinnacle MoM hip.  It will be evident that the many of the problems reported for Ultima occur in the case at hand.

Donell published a detailed report in 2010 on 652 patients implanted with Ultima MoM hips between 1997 and 2004. [164]  He reported a failure rate of 28.8% at years in a study of 652 Ultima MoM hips in 545 patients implanted between 1997 and 2004.  The causes for revision were:

| Cause | Percentage |
|-------|-----------|
| Pain  | 48.9 |

---

[163] Medicines and Healthcare Products Regulatory Agency (MHRA) Medical Device Alert MDA/2007/054.  June 14, 2007

[164] Donell ST, Darrah C, Nolan JF, Wimhurst J, Toms A, Barker TW, Case CP, Tucker JK 'Early Failure of the Ultima Metal-on-Metal Hip Replacement in the Presence of Normal Plain Radiographs' JBJS Br 92B(11)1501-1508(2010)

| Peri-prosthetic fracture | 17 |
|---|---|
| Dislocation Early | 3.3 |
| Dislocation Late | 17.8 |
| Infection | 10 |
| Implant fracture | 1 |

Of the 90 hips (13.8%) which underwent revision, 35 (38.9%) had normal radiographs and no pain, and 57 (69.5%) had soundly fixed implants. One implant fractured through the neck of the femoral component in a patient with a BMI of 42.5 kg/cm2.  The patients with late dislocations were found to have avulsion of the tendons of the gluteus and short external rotators. Two patients had palpable masses because of collections of fluid, and one had a sinus in the presence of a negative microbiological culture.

16 patients (17%) had periprosthetic fracture.  41 of 45 patients who had an MRI had fluid filled periprosthetic cavity.  In these 45 patients, there was atrophy of gluteus muscles and at least one of the short external rotators with avulsion of the tendons of gluteus muscles.  In 2 patients, fracture of the medial calcar and one of the greater trochanters was seen. Histological examination of tissue samples had an inner surface of amorphous fibrinoid material.

One patient went on to further revision surgeries for recurrent dislocation.  Histology revealed that there was an ongoing reaction of metal debris despite removal of the metal implant.

The issues consistent with adverse reactions to metal debris for the Ultima MoM hip are exhibited by Pinnacle MoM implant and many other MoM implants.

Depuy was aware of the issues with Ultima MoM and did not adequately address or test the Pinncle MoM hip for the problems highlighted by Ultima MoM failed implants.  This will be discussed in detail below.

The Ultima joins the other failed substantially equivalent predicate devices used in support of the Pinnacle 510(k) application.

**Metasul (Sulzer) Implant**

Metasul was also claimed to be substantially equivalent to Pinnacle MoM hip.  Unlike the McKee Farrar, Ring and Sivash devices, the Metasul device was only approved in August 1999, just before the approval of the Pinnacle MoM implant.  The Interop Metasul Acetabular system was approved in FDA 510(k) K97428.[165]  Despite the claim of substantial equivalence by Depuy, however, the Metasul MoM hip had a significantly different construction than the Pinnacle and other MoM hip replacements.  The 28mm diameter Metasul acetabular cup used a layer of polyethylene to hold the metal articular cup in place. This is shown in the following figure along with a cross sectional view.

---

[165] FDA 510(k) K974728 issued to Sulzer Orthopedics 8/3/1999

 

The polyethylene was proposed as offering shock protection for the component as well as allowing for a modular construction where the liner could be exchanged without removing the metal shell. It has been reported that the polyethylene layer reduced the contact stress on the articular surface by a factor of 2. Further, the polyethylene layer allowed provided a two-fold increase in the thickness of lubricating film that formed in use.[166]

This metal shell-polyethylene-metal cup construct was unique to the Metasul hip replacement and is uniquely different from all other MoM hip replacements including the Depuy Pinnacle MoM Hip system.

In the Metasul 510(k) application it claimed substantial equivalence to the same failed McKee Farrar, Ring and Sivash MoM devices.

Like all other MoM hip replacements, there were no reports of clinical superiority of Metasul devices over metal on traditional polyethylene devices. Even in reports where sort term clinical survivorships were similar to metal on polyethylene devices at short terms, the Metasul devices always generated metal ions and the possible long term adverse of metal debris and ions was reminded in virtually every publication. Further, there were several reports where authors recommended the discontinued use of the Metasul cup.

In 1997 Brodner et al. determined that serum cobalt levels in patients with a Metasul metal-on-metal articulation were elevated compared with the levels in patients with a ceramic-on-polyethylene hip replacement after 6 months post implantation.[167]

In 2000, Dorr reported his 1–7-year experience with 70 Metasul hip replacements. He did not see any superiority of Metasul over metal on traditional polyethylene devices. Further he concluded "The follow-up of these patients was not long enough for us to recommend the use of the Metasul metal-on-metal prosthesis without reservation or to support the contention that it is superior to any other articulation surface, and we will continue to study the results associated with the articulation surface in our patients."[168]

---

[166] Liu F, Jin ZM, Rieker C, 'Importance of a Polyethylene Backing Underneath a Metallic Acetabular Inlay For Metal-On-Metal Hip Implants' 50th Annual Meeting of the Orthopaedic Research Society 1348(2004)

[167] Brodner W, Bitzan P, Meisinger V, Kaider A, Gottsauner-Wolf F, Kotz R , "Elevated serum cobalt with metal-on-metal articulating surfaces" J Bone Joint Surg [Br] 79-B:316-21(1997)

[168] Dorr LD, Wan Z, Longjohn DB, Dubois B, Murken R, 'Total Hip Arthroplasty with Use of Metasul Metal-on-Metal Articulation', J Bone Joint Surg 82A,789-798(2000)

Dorr in 2004 reported on his 5–11-year follow-up on patients with a Metasul MoM hip. In his conclusions he states "New articulation couples such as Metasul were designed as a response to osteolysis. Metasul did not performed better, in the same time period postoperatively, than one series of hybrid hip arthroplasty with metal-on-polyethylene articulation or the grit-blasted Alloclassic stem with ceramic-on-polyethylene articulation."[169]

Dorr reported in his experience, Metasul devices may have had similar clinical survivorships as metal on traditional polyethylene but always cautioned that the long-term effects of metal debris and ions was unknown. He did not report actual metal ion levels in his publications.

However, it is notable that in 2005, Dorr reported 5-year results that demonstrated that metal on XLPE was superior to his previously reported results and that he was advising all of his patients to use metal on XLPE (not MoM) devices.[170]

Lazennec et. al. in 2009 reported 134 Metasul hip replacements at a mean time of 9 years.[171] The authors noted 'concerns about MoM prostheses because they generate chromium and cobalt ions and particles (Brodner et al. 2003, Rasquinha et al. 2006). In addition to problems related to tribology, questions remain about appropriate patient selection and about the medium- and long-term survival of cemented MoM implants (Park et al. 2005, Catelas et al. 2006, Levai et al. 2006, Nich et al. 2006, Brown et al. 2007).' Their results did not alleviate their concerns. The 9-year survivorship of the Metasul devices was 91% compared with the 93% survivorship of metal on polyethylene devices reported at 10 years in the Swedish Hip Arthroscopy register.[172] They also observed progressive radiolucent lines and osteolysis in 26% of the cups. Additionally, there were 5 additional Metasul devices that required revision. Elevated metal ion levels were found in all patients with Metasul devices. The authors conclude that "because of high rate of acetabular loosening, we no longer use bearings with MoM surfaces."

Thus, all of the predicate devices cited by Depuy in its application for FDA approval had either all failed clinically decades earlier or in the case of Metasul, a device that had just received 510(k) approval a month before Pinnacle and eventually also did not match the performance of metal on pe.

510(k) Ultima MoM Clinical Results K001523

The results of clinical trial were also presented in the 510(k) application. They described a comparison of 312 patients with Ultima MoM imlants vs 215 patients with metal on pe implants. Of these patients 107 MoM patients were compared with 59 metal on pe patients. There was no difference in HHS functional scores and radiographic measurements. There were 2 deep infections for the MoM group and none for the MoP group. There were 4 dislocations in the MoM group and 3 in the MoP group. Depuy concluded that the MoM implants posed no increased risks to patients.

---

[169] Dorr LD, Wan Z, Sirianni LE, Boutary M, Chandran S, 'Fixation and Osteolysis with Metasul MoM Articulation', J. Arthroplasty 19:951-955(2004)

[170] Dorr LD, Wan Z, Shahrdar C, Sirianni L, Boutary M, Yun A, 'Clinical Performance of a Durasul Highly Cross-Linked Polyethylene Acetabular Liner for Total Hip Arthroplasty at Five Years' J Bone and Joint Surg 87A:1816-1821(2005)

[171] Lazennec JY, Boyer P, Poupon J, Rousseau MA, Roy C, Ravaud P, Catonne Y, 'Outcome and serum determination up to 11 years after implantation of a cemented MoM hip prosthesis' Acta Orthopaedica 80:168-173(2009)

[172] Malchau H, Herberts P, Eisler T, Garellick G, Söderman P. The Swedish Total Hip Replacement Register. J Bone Joint Surg 84:supplement 2:2-20(2002)

However, it is not clear what pe was used in the control cases and is likely to have been noncrosslinked pe. The followup time was for only 2 years and there was no measurement of metal ions in any of the patients. This clinical trial was not designed or intended to evaluate any of the known probable metallosis issues of any MoM implant.

This clinical trial did not meet the product objective of producing a hip replacement with superior wear results over that of metal on pe.

510(k) Taper Testing. The 510(k) testing and evaluation of the taper was for a taper with a smooth finish.[173] As discussed above, the Pinnacle MoM taper often used a roughened taper to accommodate the use of ceramic heads. The testing of the taper was done to evaluate mechanical locking of the head to the trunnion and not assess any wear or corrosion that could occur at the interface.

The 510(k)-testing conducted by Depuy was inadequate to demonstrate the safety an efficacy of Pinnacle MoM Implants as they did not demonstrate lower particulate wear nor did they address any issues of metal ion release. Depuy's own simulator testing showed higher number of metal particles being generated than their own metal on pe and metal on xlpe implants.

**2012 FDA Panel on MoM Hip Devices**

On June 27-28, 2012, there was another FDA Orthopaedic Panel on MoM hip replacements.[174] I was also a member of this panel. The purpose of the meeting was to have an open dialogue among manufacturers, physicians, researchers, the public, and FDA to review currently available data regarding MoM hip systems in an effort to better characterize any potential and real safety risks and generate scientifically based recommendations for the clinical and patient communities on how to best communicate and mitigate them.

This meeting consisted of an 18-member panel of selected experts in biomechanics, biology, radiology, surgery and clinical practice as well as representatives from manufacturers and representatives for National Joint Registries around the world. This meeting was notable as the first FDA meeting in memory where the topic for critical review was not a specific device but an entire class of devices including devices in this litigation.

Smith presented the following graph of bearing surface use at this Panel. The upper most line represents the number of procedures which used a metal on polyethylene implant. There was rapid increase beginning in 2003 and it continued to grow through 2012 (the date of the meeting). In contrast, the light blue line (indicated by red arrows) represents the number of procedures which used MoM implants. There was an initial increase until 2007 and then a rapid decrease as reports of device failures became known.

---

[173] Depuy037773521

[174] Orthopaedics and Rehabilitation Services Advisory Panel Open Session 'MoM Hip Implant Systems', Department of Health and Human Services. Food and Drug Administration. Center for Devices and Radiologic Health. June 27-28, 2012



Among the findings of the panel were:

There are no identifiable patient groups for whom MoM devices should be the first choice.

Device labeling should include language that conveys what one panelist called the "extreme sensitivity" of MoM implants to correct positioning in their subsequent longevity.

Patients should be informed about special risks associated with MoM devices—so-called pseudotumors adjacent to implants and elevations in metal ions in circulation, especially in those with femoral heads greater than 36 mm.

Asymptomatic patients with MoM devices should be evaluated yearly; patients with problems should be seen at least every six months until the need for revision becomes clear.

Metal on polyethylene had lower revision rates than MoM. The FDA prepared summaries of different aspects of this meeting. The FDA summarized the information comparing the clinical performance of MoM hips vs hip systems made with metal on polyethylene. Three studies were identified, which assessed MoM in comparison with other articulating systems, two being total hip replacements and one total hip resurfacing. Stulberg found an 8.2% rate of revision among MoM resurfacing patients compared with 2.0% in CoC (ceramic on ceramic) total hip replacement after two years follow-up.[175] Zijlstra et al. found a 3.1% rate of revision among MoM patients compared with 1.0% in metal on polyethylene after five years follow-up. [176] Smith followed

---

[175] Stulburg BN, Fitts SM, Bowen AR, Zadzilka JD, 'Early Return to Function After Hip Resurfacing' J Arthroplasty 25:748-753(2010)
[176] Zijlstra WP, Cheung J, Sietsma MS, van Raay JJAM, Deutman R, 'No Superiority of Cemented MoM vs Metal on Polyethylene THA at 5 Year Follow-up' Orthopaedics 32:479(2009)

patients in a registry for 5 years and found that the revision rate was higher for MoM compared with ceramic on ceramic or metal on polyethylene.[177]

**FDA Current Status MoM Implants**

In February 2016, the FDA issued requirements that all MoM devices must meet the requirements for filing premarket approvals.  These requirements went into effect in May 2016.  Since that time, all manufacturers of MoM total hip implants were required to stop marketing their devices and submit premarket approvals that must be approved before the devices can enter the market.  Premarket approval requires the information and data is provided which contains sufficient and valid scientific evidence that the device is safe and effective.  Since that time, there have been no FDA approved MoM total hip replacements marketed for use in the US.[178]

**As Depuy Began More Actively Marketing its Pinnacle Devices, New Literature Continued To Confirm MoM's Lack Of Superiority to Polyethylene Implants and Warned About The Dangers Of Metal Reactions**

As Depuy began to more actively market its Pinnacle MoM devices in the 2000s, publications continued to be published regarding the dangers with previous generations of MoM implants, These publications confirmed what was already known: implants utilizing polyethylene components are clinically superior and MoM implants introduce an increased risk of a adverse metal reactions.

After nearly a 20 year period since MoM hip implants were abandoned in the 1970s, Pinnacle was introduced with only a 2 year clinical trial where metal ions were not measured.  However, in the early 2000s reports on the performance of other recently introduced MoM implants were being reported.

Dorr in 2000 reported in a study where 56 of the original 70 patients were available for evaluation at 6.8 years and demonstrated that Metasul 28mm MoM hip replacement was equivalent to me on pe. However, metal ions were not measured as part of the study.[179]

In 2003, MacDonald reported on Biomet 28mm M2a Taper MoM, a high carbon CoCr cup against a low carbon CoCr head. The report compared 23 MoM implants vs 18 metal on polyethylene.  At a mean follow-up of at least 2 years, the urine Co was 35 times higher in the MoM group than the metal on polyethylene group.  The urine Cr was 17 times higher in the MoM group.  There were no benefits of the MoM group over than of the metal on polyethylene at 2 years. Furthermore, this study was designed to enroll 100 patients. However, enrollment was suspended at 41 patients because of markedly elevated metal ions in the patients receiving the M2a Taper device.[180] Similar to the Dorr report, with equal clinical performance the presence of elevated metal ion levels leaves no rationale for the use of a MoM device.

---

[177] Smith AJ, Dieppe P, Vernon K, Porther M, Blom AW 'Failure Rates of stemmed MoM hip replacements: analysis of data from the National Joint Registry of England and Wales' Lancet 379:1199-1204(2012)

[178] FDA "Metal-on-Metal Implants' content created 9/302019  https://www.fda.gov/medical-devices/implants-and-prosthetics/metal-metal-hip-implants

[179] Dorr LD, Wan Z, Longjohn DB, Dubois B, Murken Total Hip Arthroplasty with Use of the Metasul Metal-on-Metal Articulation' J. Bone Joint Surg 82:789 (2000)

[180]MacDonald SJ, McCalden RW, Chess DG, Bourne RB, Rorabeck CH, Cleland D,Leung F 'MoM vs Metal on Polyethylene.  A Randomized Trial' Clin Ortho Rel Res 406 286 (2003)

In 2005, Park reported a series of MoM hips with 4 years of follow-up time or less and reported a 5.6% osteolysis rate with a higher rate of metal sensitivity in patients with lysis than controls.[181]

In 2005, Willert reported 19 early revisions for persistent pain in MoM implants. Histological examination at revision suggested adverse reaction to metal debris (lymphocyte dominated immunologic related response.[182]

Korovesis et. Al. reported in 2006 high early revision rates with MoM bearings and a significant rate of osteolysis. Extensive metallosis was found on histological examination.[183]

In 2009, Zijlstra et. al[184] reported a randomized clinical trial of 102 M2a Stanmore MoM cups (Biomet, Warsaw, In) vs 98 Stanmore cups made from traditional polyethylene. The same 28mm CoCr head and femoral stems were used in both groups. At 10 years, there were only 47 MoM patients and 55 metal on polyethylene patients remaining in the study. There were 4 revisions in the MoM group and 2 in the metal on polyethylene. Postoperative cobalt (Co) and chromium (Cr) levels were significantly higher in the MoM group.

| Time | Metal on PE mean | Metal on Pe Range | MoM mean | MoM Range |
|---|---|---|---|---|
| 5 years | .3 | .29-1.65 | .88 | .29-7.92 |
| 10 years Cobalt | .5 | .4-1.3 | 1.10 | .5-11 |
| 10 years Chromium | .5 | .5-.9 | 1.10 | .5-9.5 |

It is clear from the table that the mean metal ion concentration was higher in the MoM patients. More concerning was the much higher upper values of ion content which was 7-10 higher than the highest values found in the metal on polyethylene group. The author cited continued concerns over the biological effects of submicron metal particles.[185] [186] The authors concluded the combination of non-superiority of MoM hips over metal on polyethylene hips coupled with continued concerns over biological effects led to them to favor metal on polyethylene hips.

---

[181] Park YS, Moon YW, Lim SJ,'Early Osteolysis Following Second Generation MoM Hip Replacements' J. Bone Joint Surg 87:1515(2005)

[182] Willert HG, Buchhorn GH, Fayyazi A. e. al. 'MoM Bearings and Hypersensitivity in Patients with Artificial Hip Joints' J. Bone Surg 87:28(2005)

[183] Korovessis P, Persinis G, Repanti M, et al. 'Metallosis After Contemporary MoM Hip Arthroplasty. Five to Nine Year Follow-up' J Bone Joint Surg 88:1183(2006)

[184] Zijlstra WP, Cheung J, Sietsma MS, van Raauy JAM, Deutman R, 'No Superiority of Cemented MoM vs Metal on Polyethylene THA at 5 Year Follow-up' Orthopaedics 32:479(2009)

[185] Campbell PA, Takmura KM, 'Reaction to Wear Products' in Hip Resurfacing: Principles Indications, Technique and Results' Amstutz, HC editor, Saunder Elsevier, Philadelphia, Pa 133-148(2008)

[186] Mabilleau G, Kwon, YM, Pandit H, Murray DW, Sakobar A, 'Metal-onMetal hip resurfacing: a review of periprosthetic biological reactions', Acta Orthop 79:734-747(2008)

In 2009, Dahlstrand reported on a comparative study of 28mm MoM vs metal on polyethylene implants. The MoM implants were Metasul. At 24 months, the patients with MoM implants had significantly higher Co and Cr levels.[187]

In 2009 Lazennec[188] reported his experience with 134 Metasul MoM hip replacements. 8 revisions were performed due to loosened cups. The survivorship at 9 years with revision due to aseptic cup loosening was 91%. This is lower than the 93% reported in the Swedish Hip Registry for metal on polyethylene. Radiolucent lines and osteolysis was observed in 26% of the cups which raised concerns over their long-term durability. This loosening rate and the presence of elevated levels of Co and Cr led the authors to stop the use of MoM bearings.

As discussed above, the high revision rates of the Depuy Ultima MoM hip were discussed in detail above and published in 2010.

Depuy issued an Urgent Feld Notice in March 2010 "Recent analysis suggests a higher than expected revision rate for the Depuy ASR XL monoblock MoM System with corresponding head sizes less than 50 mm in diameter. The Austrialian Joint Replacement Registry reported a cumulative percentage revision rate of 5.4% at 3 years for the ASR cup and ASR XL head. Data also suggests that heads less than 50mm diameter are associated with higher rates of revision (up to 8-9% at 3 years). Mention other possible factors such as patients with poor bone quality and gender may play role but these factors are not mentioned or warned against."[189]

Smith in 2012 reported results from the National Joint Registry that MoM hip replacements had worse survivorship at 5 years than other bearing options and should not be implanted.[190] The following graph shows the results:



*Figure 2*: Risk of revision by bearing surface

---

[187] Dahlstrand H, StarkA, Anissian L, Hailer NP, 'Elevated Serum Concentrations of Cobalt, Chromium, Nickel and Manganese After MoM Alloarthroplasty of the Hip: A Prospective Randomized Study', J. Arthroplasty 24:837(2009)

[188] Lazzennec JY, Boyer P, Poupon J, Rousseau MA, Roy C, Ravaud P, Catonne Y, 'Outcome and serum ion determination up to 11 years after implantation of a cemented MoM prosthesis' Acta Ortho 80:168-173(2009)

[189] PLT-01060.PDF Depuy002013383

[190] Smith AJ, Dieppe P, Vernon K, Porter M, Blom AW' Failure rates of stemmed metal-on-metal hip replacements: analysis of data from the National Joint Registry of England and Wales' published on line March 13, 2012 DOI:10.1016/S0140-6736(12)60353-5

The cumulative hazard risk for MoM devices is the highest (purple) line.  This clearly shows that the risk of revision for MoM implants is substantially higher than that of bearing materials and that the relative hazard risk increases with MoM implants.



**Fig. 1.** Concentrations of chromium.

In 2011, Molli et. Al. published a retrospective study of a Biomet MoM and metal on polyethylene implants.  The Biomet metal implants included the M2a Taper, M2a 38 and M2a Magnum devices.[191]

**Table 2.**  Summary of Patient Demographics by MoM Design

| Parameter | Overall | M²a-Taper | M²a-38 | Magnum |
|---|---|---|---|---|
| No. of THA | 1589 | 351 | 750 | 488 |
| No. of patients | 1362 | 304 | 660 | 443 |
| Male patients | 720 (53%) | 155 (51%) | 358 (54%) | 227 (52%) |
| Female patients | 642 (47%) | 149 (49%) | 302 (46%) | 206 (48%) |
| Male hips | 849 (53%) | 181 (51%) | 408 (54%) | 260 (53%) |
| Female hips | 740 (47%) | 171 (49%) | 342 (46%) | 227 (47%) |
| Average age (y) | 57.4 | 56.2 | 57.5 | 58.2 |
| Average body mass index (kg/m²) | 31.4 | 31.1 | 30.9 | 32.2 |
| Average preoperative HHS (0-100 possible scores) | 49.9 | 48.1 | 50.1 | 50.8 |
| Average postoperative HHS (0-100 possible scores) | 83.3 | 82.7 | 81.1 | 84.3 |
| Average HHS (0-100 possible scores) improvement | 33.4 | 34.8 | 31.2 | 34.4 |
| Average postoperative LEAS (1-18 possible scores) | 10.0 | 10.0 | 9.6 | 9.9 |
| Average follow-up (mo) | 47.5 | 72.3 | 46.5 | 31.5 |

The summary of revisions of the MoM devices is summarized in the following table.

**Table 4.**  Summary of MoM Acetabular Revisions by Design Type

| Failure Mode | Overall | M²a-Taper | M²a-38 | Magnum |
|---|---|---|---|---|
| Metal complication | 17 (1.4%) | 3 (1.0%) | 11 (1.9%) | 3 (0.9%) |
| Acetabular loosening | 32 (2.6%) | 5 (1.7%) | 20 (3.5%) | 7 (2.1%) |

There were only 3 revisions for loosening in the metal on polyethylene group.  All three M2a device designs had higher incidences of revision than the metal on polyethylene group.  The authors attribute 83% of the MoM revisions to adverse tissue reaction to metallic wear.

In 2013, Bjorgul reported that when compared to metal on polyethylene (137 hips) and ceramic on polyethylene (131) hip replacements, the Metasul MoM hip replacements (129) had higher revision rates

---

[191] Molli RG, Lombardi AV, Berend KR, Adams JB, Sneller MA, 'MoM vs Metal on Improved Polyethylene Bearings in Total Hip Arthroplasty' J. Arthroplasty 26:8(2011)

and a greater incidence of radiolucent lines after 7 years.  There was no advantage of the Metasul hips over either polyethylene hip replacements.[192]  Others have also reported a high incidence of radiolucent lines and aseptic loosening in Metasul devices.[193]

In 2016 the Australian Orthopaedic Society published a report on MoM Bearing surfaces. [194] They report differences in the reasons for revision when metal/metal and metal/polyethylene bearing surfaces are compared. The cumulative incidence of reason for revision demonstrates a higher incidence of revision for metal related pathology, loosening/lysis and infection in the metal/metal group. The incidence of adverse reaction to metal debris (ARMD), loosening/lysis and infection is very different for the two bearing surface combinations.

|  | Metal on Metal | Metal on Pe |
|---|---|---|
| ARMD | 8% | 0% |
| Loosening/lysis | 5% | 2.5% |
| infection | 2% | .9% |

It is clear from these results and the results of the Pinnacle MoM reports, that the MoM devices introduced beginning in 1999, did not equal or surpass metal on pe implants.  Issues the plagued MoM in the 60s and 70s, metallic wear debris and metal ions remained problems.

**Level of Metal Ions**

In 2007 and again in 2012, the MHRA in the UK suggested a metal ion of 7ppb as an indication that adverse reactions to metal debris and ions may be occurring and that additional patient monitoring should be done.[195] [196]  However, it is not clear how the 7ppb thresh hold was established and there is currently no thresh hold of metal ions for metallosis.  In June 2017, the MHRA Medical Device Alert for patients with MoM implants stated that there was no agreed thresh hold value for metal ion levels.  Decisions to revise a patient are also influenced by other factors such as pain, range of motion, and other patient specific factors.[197]

Robinson et. Al. reported in 2014 that Co levels in patients with failed MoM hips varied from 3 to 322 nmol/L and the majority of patients had metal ions level less than the 7ppb suggested by the MHRA prior to 2017.[198]

---

[192] Bjorgul K, Novicoff WN, Andersen ST, Ahlund OR, Bunes A, Wiig M, Brevig K, 'High rate of revision and a high incidence of radiolucent lines around Metasul MoM total hip replacement' Bone and Joint Journal 95B:881 (2013)
[193] Nich C, Rampal V, Vandenbussche E, Augereau B. Metal-metal-backed polyethylene cemented hip arthroplasty: mid-term results. *Rev Chir Orthop Reparatrice Appar Mot* 2006;92:118–124.
[194] Australian Orthopaedic Association National Joint Replacement Registry. ' Metal on Metal Bearing Surface Conventional Hip Arthroplasty.  Supplementary report 2016'  PLT-05964.pdf
[195] MHRA UK Medical Device Alert MDA/2010/033
[196] MHRA UK Medical Device Alert MDA/2012/036
[197] MHRA UK Medical Device Altert MDA/2017/018
[198] Robinson PG, Wilkinson AJ, Meek RMD, 'Metal Ion Levels and Revision Rates in Metal-on-Metal Hip Resurfacing Arthroplasty: A Comparative Study' Hip Int 24(2)123-128(2014)

In 2014, Thomas reported a spectrum of metal implant associated potential allergic reactions encompasses eczema, impaired wound and fracture healing, infection-mimicking reactions, effusions, pain and loosening.[199]

Durani et. Al. also reported in 2014 patients do not have to have elevated metal ions to exhibit metallosis. In 16 patients who underwent revision for painful MoM hip implants none of the patients had infections of signs of fracture. 3 of the 16 patients had both Cr and Co levels less than 2 ppb. The patient with the lowest metal levels had a Cr .78 and Co .26. [200]

In 2019, the FDA stated MoM hips may cause symptoms of Co or Cr toxicity which may include neurological dysfuctions (e.g. cognitive decline, anxiety, depression, vertigo, tremors, hearing loss) and cardia disorders. [201] [202] [203] [204] [205] [206]

In 2019, the FDA also stated that MoM Implants have unique risks in addition to the general risks of all hip implants. These unique risks are a result of the generation of metal debris and metal ions. It is not possible to predict who will experience a reaction, what type of reaction they might have, when the reaction will occur or how severe the reaction will be.

Overtime, metal particles can cause damage to bone and/or surrounding tissue. This can lead to pain, device failure and the need for revision surgery.

A high metal ion level is a strong indicator that metal ions are being generated in the patient. However, as wear particles and metal ions are created by different mechanisms, significant wear can occur without a large increase in metal ions. The diagnosis of metallosis is influenced by a combination of factors in addition to the metal ion levels.

**Infection in MoM Implants**

[199] Thomas P 'Clinical and diagnostic challenges of metal imolant allergy using the example of orthopaedic surgical implants' Allergo J Int 23(6)179-185(2014)

[200] Durrani SK, Noble PC, Sampson B, Panetta T, Liddle AD, Sabah SA, Chan NK, Skinner JA, Hart AJ, 'Changes in blood ion levels after removal of metal-on-metal hip replacements' Acta Ortho. 85(3):259-265(2014)

[201] Mao X, Wong A, Crawford R. Cobalt toxicity - an emerging clinical problem in patients with metal-on-metal hip prostheses? Med J Aust 194(12):649–51(2011)

[202] Polyzois I, Nikolopoulos D, Michos I, et al. Local and systemic toxicity of nanoscale debris in total hip arthroplasty. J App Toxicol 32(4):255–69(2012)

[203] Tyson-Capper AJ, Lawrence H, Holland JP, et al. Metal-on- metal hips: cobalt can induce an endotoxin-like response. Ann Rheum Dis DOI 10.1136.202468(2012)

[204] Agency for toxic substances and disease registry (ATSDR). Chromium toxicity - What are the physiologic effects of chromium exposure? ATSDR, USA; 2011. Available from: www.atsdr.cd.gov/csem/csem.asp?csem=10&po=10 (Accessed Nov, 2012)

[205] Salem KH, Lindner N, Tingart M, Elmoghazy AD. *Severe metallosis-related osteolysis as a cause of failure after total knee replacement*. Journal of clinical orthopaedics and trauma. 2020;11(1):165–70.

[206] Cipriano CA, Beksaç PSIB, Valle AGD, Sculco TP, Eduardo A. Salvati, *Metallosis after metal-on-polyethylene total hip arthroplasty*. Am J Orthop. 2008;37(2):E18–25.

Another consequence of metal debris and ions is the connection between periprosthetic joint infection as a cause of MoM Hip failure was high compared to hip bearing combinations.[207]  In a study of 104 failed MoM hip arthroplasties septic failure was the cause of failure in 6.7%.  All cases of MoM septic failure contained more than 5 neutrophils per high powered field.  In a previous study with metal on pe implants, the septic prevalence was 2.7%.  Brown and Steiger reported prevalence of infection in MoM implants of 19 and 20%[208][209]  Prieto reported a 5.6% incidence of septic failure among ASR implants which was 4 times higher than in previously reported cohorts.[210]  The increase in infection may be related to the nanosized Co-Cr particles known to cause macrophage apoptosis (cell death) and cell and tissue necrosis.  These small metal particles also commonly produce specific immune responses characterized by pronounced lymphocyte and plasma cell infiltrate and the formation of ALVAL.  Co-Cr produced cytotoxicity may generate a cell mediated immune reaction that may influence host response to bacterial infection. [211][212][213]

**At All Times When Its Pinnacle MoM Implants Were Available, Depuy Had Available For Sale Reasonable Alternative Designs, Such As Clinically Superior Improved Polyethylene Product (Marathon Pe).**

Clinically superior metal on polyethylene and even metal on improved polyethylene (such as XLPE) were already available at the time of the introduction and implantation of Depuy's Pinnacle products. This even included Depuy's own XLPE, Marathon followed by Altrx in 2006.  Depuy offered such reasonable alternatives to MoM since 2000.   Both Marathon and Altrx xlpe had wear rates below the threshold for osteolysis.  Further, they were available in 36mm diameter which had the same resistance to dislocation as a 36 Pinnacle MoM implant.  Marathon and Altrx produced fewer wear particles than Pinnacle in Depuy's own hip simulations tests.

**Depuy Introduced Pinnacle MoM Devices Without Performing Adequate Pre-Clinical Tests Regarding The Well Known Dangers of MoM Implants**

Prior to releasing an implant for sale and implant in human bodies, it is incumbent upon any manufacturer to take adequate steps to ensure that it's product will not present an unreasonable risk of harm.  In the case of Pinnacle MoM Implants, there was over a 30-year history of the issues of metallosis related to

[207] Grammatopolous G, Munemoto M, Inagaki YI, Tanaka Y, Athanasou 'Diagnosis of Infection in Metal-on-Metal Arthroplastics' J. Arthroplasty 31:2569-2573(2016)
[208] Browne JA, Bechtold CD, Berry DJ et. Al. 'Failed Metal-on-metal hip arthroplasties: a spectrum of clinical presentations and operative findings' Clin Ortho Rel Res 468:2313(2010)
[209] De Steiger RN, Hang JR, Miller LN et. Al. 'Five Year Results of the ASR XL acetabular system and the ASR resurfacing system: an analysis from the australian Orthopaedic Association National Joint Registry J Bone Joint Surgery 93:2287(2011)
[210] Prieto HA, Berbari EF, Sierra RJ 'Acute delayed infection: increased risk in failed MoM hip arthroplasty' J. Arthroplasty 29(9):1808(2014)
[211] Hosman AH, van der Mei HC, Bulstra SK et. Al. "Necrotic and Inflammatory Change in Metal-on-Metal on the host immune system and infection in hip arthroplasty' Acta Ortho 81(5):526(2010)
[212] Huk OL, Catelas I, Mwale F et. Al. 'Inducation of apoptosis and necrosis by metal ion in vitro' J Arthroplasty 19(8 sup) 84(2004)
[213] Jacobs JJ, Urban RM, Hallab NJ et. Al. "Metal-on-Metal Bearing surfaces' J Am Acad Ortho Surg 17(2)69(2009)

MoM implants. Depuy did not take adequate steps to evaluate Pinnacle MoM for metallosis related issues including partriculate wear generation, metal ion generation and corrosion.

Depuy did not investigate the known variables and dangers in the use of a MoM implant. They developed and sold Pinnacle MoM implants at the same time they were selling a proven metal on polyethylene product Marathon XLPE. The selling price of a Pinnacle component was $7500 vs $2500 for a Marathon component. Depuy was relying on Pinnacle Sales to achieve their revenue goals.

As a result of inadequate testing and misleading marketing, Pinnacle exposed patients to unreasonable harm and risk.

**Depuy Failed to Adequate test its Pinnacle MoM Devices**

It is clear that one of the major concerns of a MoM device at the time of the introduction of the Pinnacle MoM hip was the generation and subsequent adverse reactions to metal debris. In the clinical trial submitted for the Pinnacle 501(k) application, metal ions were not measured for any of the patients and the trial was for only 2 years.

Although preclinical hip simulation studies showed Pinnacle had lower volumetric wear than metal on pe, Pinnacle actually had higher wear in terms of the number of wear debris particles produced. Further, Depuy's own hip simulation data showed that there was wide variation in wear rates for the devices tested. Although Depuy claimed that 'steady state' wear was achieved after a 'bedding in' period, this was not always true for all samples. Further, Depuy's own data showed that the wear particles produced during the 'steady state' period were even smaller than in the bedding in period. This means that the number of wear particles was increasing even during the 'steady state' phase.

The fact that Pinnacle MoM produced more wear particles than metal on pe proved that Depuy's Pinnacle MoM implant did not meet their primary objective of producing less wear than metal on pe.

Depuy did not fully test conditions in the hip simulator that would be common to a hip replacement patient. This would include head separation from the cup during gait, different load angles, different peak loads and simulations of more strenuous activities such as running or stair climbing. Depuy was aware that these factors could provide higher wear rates but did not fully or partially determine the actual wear rates.

The hip simulation studies done by Depuy for the Pinnacle MoM implants were conducted at a peak load of either 2000 or 3000N. However, this peak load is taken from data from a patient of 'average' weight walking. Peak loads are higher during other activities such as stair climbing, walking quickly or jogging. Also, there are many people who receive a hip replacement who are above the average weight.

Hip simulation walking peak loads of 2000N correspond to a patient who weighs 165 lbs (75kg). However, in the US the 85% percentile for the average male between 70-79 years iwas reported to be 220lbs (100Kg.)[214] The 95th percentile of the US Male population 60-69 was 125kg

---

[214] Fryar C, Gu Q, Ogden C. Anthropometric reference data for children and adults: United States, 2007–

(275lbs). Bergman determined the peak loads for someone who weight 125kg would generate a peak load of 3875N during stair climbing and 4839N when jogging.[215]

Depuy was negligent in not testing Pinnacle MoM at higher loads in hip simulation.

<u>Microseparation of the femoral head from the liner during gait.</u>
It is well established that microseparation of the femoral head from the liner occurs during gait. When the femoral head returns to the liner, it can contact the edge of the liner. This edge loading often creates a 'stripe' of wear on the femoral ball. This is most easily seen when a pink ceramic femoral head is used as the wear of the ceramic head on the edge of the liner produces a black stripe on the ceramic. This same phenomenon occurs with all hip implants, including MoM hips. This phenomenon was known at the time of the introduction of the Depuy Pinnacle MoM cup but was not evaluated. It would have undoubtedly created more wear.[216] Beadling et. Al. showed that there was up to a fourfold increase in MoM bearings when microseparation was included in the wear circle. Beadling also reported that there an order of magnitude increases in in material lost as a result of oxidation during microseparation.[217]

Butterfield conducted at hip simulation where different amounts of microseparation was introduced to MoM, metal-on-ceramic and ceramic-on-ceramic bearing combinations. The MoM test samples were Ultima MoM components. From the report, there was no description of how the microseparation was achieved. It was not possible to determine the actual effect of the microseparation from the report, PLT-00775.pdf. The wear data seemed to combine the data by material combination and not by the amount of microseparation. The report did show that striped wear did occur when microseparation was introduced and the average wear rate was higher than when microseparation was absent. I am unaware of any microseparation wear studies with the Pinnacle MoM hip.

<u>Wear and Corrosion</u>
The wear and corrosion at the femoral stem taper and femoral ball was not examined. The presence of ridges on the tapers provided a very rough surface for the femoral ball. The combination of the rough taper surfaces and the increased stress due to large diameter femoral ball was not evaluated for wear or corrosion despite literature that indicated these factors would increase both damage modes. The magnitude of these effects was not investigated or studied.

**Depuy Knew That Volumetric Wear Analysis Would Not Provide An Adequate Indication Of Negative Clinical Outcomes**

---

2010. National Center for Health Statistics Vital Health Stat. 2012; 11(252).

[215] Bergmann G, Bender A, Dymke J, Duda G, Damm P "Standardized Loads Acting in Hip Implants' Plos One 11(5)e0155612 (2016)

[216] Lie F, Williams S, Fisher J 'Effect of Microseparation on contact mechanics in metal-on-metal hip replacements' J. Biomed Mater Res Part B Applied Biomaterials 103B:1312(2015)

[217] Beadling, A, Bryant, M, Dowson, D et al. (1 more author) (2015) The Effect of Microseparation on Corrosion Rates of Metal-on-Metal Total Hip Replacements. In: UNSPECIFIED Corrosion 2015, 15-19 Mar 2015, Dallas, Texas. NACE Internationa

Depuy's pre-market laboratory testing protocols were not designed or intended to measure metal wear from MoM hip implants. Instead, Depuy utilized testing protocols appropriate for measuring polyethylene wear. Polyethylene wear and metal wear are different materials of different sizes and biological considerations. Utilizing one set of wear testing criteria for both materials was not appropriate, especially given the known history of failure with MoM implants.

It was well known, and certainly Depuy was aware, that MoM implants produce significantly higher number of smaller particles per step than the number of plastic particles produced per step from metal on polyethylene implants. In 2000 indicating that metal wear particles are considerably smaller than plastic wear particles and are produced in greater numbers than plastic particles produced in metal on polyethylene implants. This cast doubt on the supposition that net adverse biologic response to metal wear would be reduced by modern MoM bearings even though volumetric wear may be reduced.[218]

Based upon a review of the design history files as well as regulatory submissions for Depuy's Pinnacle implants, the wear tests Depuy performed were based upon an unnamed ASTM test. However, it can be assumed it was F1714-96 by the footnote in the application. The protocol explicitly states that it is *not* validated for use with MoM implants. This protocol is intended and validated *only* for polymeric implants and is designed to measure wear by volume. At the time Depuy undertook wear tests on its Pinnacle devices, they were aware of the negative clinical history of MoM implants, the attribution of that negative clinical history to metal wear, and publications indicating that measuring metal wear by volume were not an adequate indication of negative clinical outcomes. Accordingly, by limiting its metal wear testing to volumetric analysis, when they had the information to calculate the wear in terms of particles, Depuy's laboratory testing protocols were inadequate.

The failure to conduct adequate testing, especially given the known history of danger with predicate MoM hip implants for which Depuy claimed substantial equivalence, exposed the public to an unreasonable risk of harm.

**Depuy's Marketing of aSphere and Trueglide Technology advantages were not supported by their own data.**

Depuy's own hip simulation data showed no difference in hip simulator wear rate between aSphere and their standard femoral head (Mspec). The Trueglide technology claimed a fluid lubrication layer separating the femoral head and cup. However, every wear test conducted with Pinnacle MoM implants produced metal wear, indicating that there was no fluid between the femoral head and cup. This disproves the Trueglide Technology claims. Depuy's own in vitro testing also showed that there were periods during the gait cycle in which there was no fluid layer.

---

[218] Archibeck, M.J., Jacobs, J.J., Black, J., "Alternate Bearing Surfaces in Total Joint Arthroplasty", Clinical Orthopaedics and Related Research, 2000:379, 12-21.

**Donna Cannon Date of Birth** ███████

**Case Summary**

Donna Cannon received a Pinnacle Metal-on-Metal (MoM) right hip replacement on 12/9/2008. Complications due to the initial failure of the Pinnacle MoM hip required revision surgery, which also failed and subsequent complications led to her death during hip revision surgery on 10/1/2012.

After receiving her Pinnacle MoM hip in 12/2008, Ms. Cannon's hip pain increased to the point where she underwent an irrigation and debridement procedure on 5/2/2012. However, this did not provide relief and she had a Girdlestone procedure on 5/14/2012. This was just 3 years, 5 months from receiving her hip replacement. A week before this surgery, there was no sign of infection or implant loosening.

In this Girdlestone procedure, the Pinnacle MoM implants were removed but another hip replacement was not put in. Ms. Cannon was without a hip for several months waiting to ensure infection would not occur. A cement spacer was used as a hip joint to provide minimal movement. The postoperative diagnosis was "Metallosis right hip with failed trunnion between the acetabular component and the liner." At surgery there were other signs of metallosis including dark yellow tissues and tissue between acetabular liner and shell. Pathology samples also indicated metallosis and particulate wear debris in soft tissue samples taken at surgery.

On 5/21/2012, while she still had the cement spacer in place, Ms. Cannon had a pelvic fracture. It was noted that she had a metal allergy and they had to choose the materials of the hip replacement that will be used carefully.

On 9/10/2012, 4 months after her hip implant was removed, the cement spacer was removed, and she received a Depuy Metal-on-Polyethylene hip replacement.

On 9/27/2012 Ms. Cannon then suffered fracture of her proximal femur and the acetabular component had migrated into the pelvis (protrusion). This required another revision surgery. During the revision surgery on 10/1/2012, Ms. Cannon had cardiac arrest and died on the operating table. The cause of the cardiac arrest was 15 minutes of unstoppable bleeding that occurred when they removed the acetabular component from the pelvis.

Had Ms. Cannon received a MoP device initially instead of the Pinnacle MoM hip, it is unlikely that she would have suffered the increasing pain and would not have needed multiple revision surgeries within 4 years of receiving her hip replacements, ultimately leading to her death from complications during surgery.

Her complications were a result of the Pinnacle MoM causing metallosis. Metallosis is complicated complication of adverse reaction to metal debris. Metallosis has been reported to cause symptoms encountered by Ms. Cannon including severe pain, observation of metallosis at surgery, lack of infection, swelling, bone deterioration and fracture. Ms. Cannon exhibited all

of these symptoms prior her death during revision surgery. The ability of metal debris to cause bone deterioration potentially contributed to the pelvic fractures and the weakening of the pelvis allowing migration of the acetabular component.

It was unusual to require revision surgery in less than 4 years after a total hip replacement. It is highly likely that she would not have had to this early revision surgery had she initially received a metal on polyethylene.

It is important to note that Depuy also sold a highly crosslinked polyethylene liner at the time Ms. Cannon received the Pinnacle MoM hip. Depuy introduced Marathon Xlinked PE in 1999. Before 2006, the year of Ms. Young's surgery, there were already publications demonstrating that Depuy Marathon polyethylene liners had 95% lower wear rate than standard pe liners. Engh reported that at 4 years of follow-up, there were no bearing surface related revisions required in 105 patients who received a Depuy Marathon liner.[219] Improved survivorship with Marathon XLPE liners was reported in a randomized controlled trial (RCT) with a 10-year follow-up that demonstrated a revision rate (for any reason) of only 1.9% with Marathon liners compared with 14.6% with Enduron (standard) polyethylene liners.[220]

There was no clinical rationale for the choice of Pinnacle MoM implant over than of Depuy Marathon xlpe for Ms. Cannon. At the 2012 FDA Meeting on Metal-on-Metal implants it was concluded after hearing from experts and joint registries from around the world, that there were no clinical situations where a metal on metal implant should be the first choice of device. Ms. Cannon's adverse reaction to the metal debris from her Pinnacle MoM implants were not surprising given the long history of MoM implants and Depuy's own studies that did not show Pinnacle MoM hips were an actual improvement over that of standard or crosslinked polyethylene components.

The Pinnacle MoM caused Ms. Cannon years of chronic pain, multiple surgeries that led ultimately to her death.

---

[219] Engh CA, Stenniewski AS, Ginn SD, Beykirch SE, Sychertz-Terefenko CJ, Hiopper RH, Engh CA 'A Randomized Prospective Evaluation of Outcomes After Total Hip Arthroplasty Using Crosslinked Marathon and Non Crosslinked Enduron Polyethylene Liners' J. Arthroplasty 21(6) Sup 2, 17-25(2006)
[220] Devane PA, Horne JG, Ashmore A, Mutimer J, Kim W, Stanley J. Highly cross-linked polyethylene reduces wear and revision rates in total hip arthroplasty: a 10-year double blinded randomized controlled trial. J Bone Joint Surg Am. 2017 Oct 18;99(20):1703-14.

## Case Details

**10/27/2008** Right hip pain deep in the hip and radiates to the thigh. Atraumatic onset of pain. Pain worse over the past 8 weeks. Possible avascular necrosis.

**11/3/2008** MRI reveals right hip avascular necrosis

**12/9/2008.** Right Total Hip Replacement. Ms Cannon received a right total hip replacement at Dekalb O.R. The preoperative indication for surgery was avascular necrosis. The surgery was performed by Robert E. Karsch, MD.

Ms Cannon received the following components:[221]
All components were manufactured by Depuy Orthopadics.[222]

| Component | Name | Reference Number | Size |
|---|---|---|---|
| Acetabular Cup | PINN Sector w/Gription | 1271-32-505 | 50 mm |
| Femoral Stem | Tri-lock BPS w/Gription | 1012-14-010 | SZ1 Offset Hi |
| Metal Insert | Pinnacle | 1218-87-350 | 36mm ID x 50mm OD |
| Femoral Head | Articuleze M | 1365-51-000 | 36mm +1.5 |

**5/2/2012** Ms. Cannon went to the Emergency Room under the advice of Dr Wurapa. She had a fever of 100 and reported chronic pain throughout her body. She is feeling like her hip might be infected and may have adrenal crisis as well. [223] The treatment plan was to perform a Girdlestone procedure and to use a right hip with implant of spacer.

**5/7/2009** Dr. Karsch does not see evidence of hip infection or loosening.

**5/28/2009** Still are area where incision is draining and open

**5/2/2012** She was admitted with tachycardia and low-grade fever. Her chemistry panel was unremarkable, so her antibiotic treatment was deferred.

**5/8/2012**. Arthroscopy was conducted to treat persistent right hip and groin pain. Dr. Scott Barbour MD suspected impingement and irritation of the iliopsoas as it rubbed against the acetabular cup. Dr. Barbour did a tendon release of the iliopsoas and debrided the synovium within the hip joint.

**5/14/2012** During this surgery, the implants were removed, and no new implants were placed. Instead, a cement 'spacer' was placed between the femur and the acetabulum. This is termed a 'Girdlestone' Procedure and is used to treat infected hip joints. There was a dark yellow tissue

---

[221] Dekalb medical center.pdf
[222] Dekalb Medical Center – IDR for 9-10-12 surgery.pdf
[223] Dekalb Medical Center 5-2-2012.pdf

73

surrounding the edges of the acetabular liner encroaching upon the metallic liner within the acetabulum.  This was loose and" once the cup was and the component separated there was tissue in the interspace between the two metal bodies indicating lack of movement between these two metal bodies".  "The acetabulum was removed without difficulty, removing the entire shell which appeared to have the majority of fibrous union."[224]

Post-Operative Diagnosis: <u>Metallosis right hip with failed trunnion between the acetabular component and the liner.</u>

In her discharge summary it describes that she received IV Cubicin (antibiotic) before the surgery, but it was discontinued 3 days postoperatively given that she had negative culture from the hip joint (no infection present)

Pathology report on 5/14/2012
Sample B: fibrous debris and fibrous tissue with particulate wear debris.[225]
Sample C. Soft tissue other than tumor/debridement/lipoma – Metallosis right hip
Designated 'metallosis right hip' is a 5x2x1 cm roughly concavconvex fragment of firm indurated tissue.

**5/18/2012-6/14/2012** Comprehensive rehabilitation

**5/31/2012** CT of right hip revealed 'marked cortical thinning with possible full critical breakage involving the medical acetabular wall.'  'The femoral head arthroplasty component appears laterally subluxed relative to the hip joint.  There is a fracture involving the lesser trochanter, with additional fracturing at the inferior margin of the greater trochanter.'[226]

**7/27/2012** Dr. Jove went over the need for revision hip surgery. He states 'I do not think this prosthesis can stay where it is for much longer without causing some issues related to her acetabulum.  She has a very sensitive metal allergy and will require that we use components of purely titanium.'[227]

**9/10/12 Right Hip Revision.** The following components were used in revision of the right hip. The surgery was performed by Maurice Jove, MD at Dekalb Medical Center.
The preoperative indication for surgery was metal reaction of a metal-on-metal articulation.[228]
The preoperative evaluation showed a fracture in the right acetabulum and right proximal femur.  The preoperative diagnosis was right hip status post metal reaction to a metal-on-metal articulation. [229]

---

[224] Dekalb Medical Center 5-2-2012.pdf p 41
[225] Dekalb Medical Center 5-2-2012.pdf p 43
[226] Dekalb Medicenter 5-2-2012 admit.pdf p 72
[227] Dr, Jove @ excel orthopaedics.pdf p.10
[228] Dekalb Medical Center (1).pdf p 107
[229] Dr. Jove @ excel orthopaedics.pdf p22

The metal-on-metal hip was removed and replaced with a cement spacer to treat the infection. A total hip replacement was then implanted once the infection was deemed under control.

All components used in this revision were manufactured by Smith and Nephew Orthopaedics

| Component | Name | Reference Number | Size |
|---|---|---|---|
| Acetabular Cup | Polar Cup | 75 100 412 | 55 |
| Femoral Stem | Lima Revision Distal Stem | 428-18-140 | 18mm diameter |
| Femoral stem | Lima Revision Proximal Bodyu | 428-01-070 | 70mm |
| XLPE insert | Polar Cup XLPE insert | 11 000 605 | 55/28 |
| Femoral Head | Oxinium | 71342804 | 28nm +4 |

**9/24/2012** Dr. Jove Preoperative Exam. Lists 'metallosis of the prosthesis' as an allergy.[230]

**9/27/2012** Ms Cannon returned to the emergency room because of right hip pain and not being tolerate any weight on her right leg. Xrays showed she had a displaced fracture of the proximal right femur and irregular appearance to the left femoral head. The emergency room diagnosed that the right hip arthrosis had penetrated her acetabulum and is currently in her pelvis. Ms. Cannon reported that she noticed a purulent yellow to green discharge from her right hip incision and she had generalized malaise.

**10/1/2012** Ms. Cannon was readmitted on 10/1/2012 because of increasing right hip pain and the inability to get about at home. Dr. Jove noted that Ms. Cannon was 46 years old with severe autoimmune arthritis, multiple allergies and constant problems with methicillin resistant staph throughout her body who recently was diagnosed to have metal allergy and hypersensitivity to a total hip replacement done approximately 4 years ago. At surgery, prior to removal of the components there was gross bleeding identified in the pelvis after the incisions were made through the deep layers. While removing the acetabular component, there was significant bleeding. As the surgery continued gross bleeding could not be stopped despite multiple attempts. After 15 minutes of packing, Mc. Cannon's cardiac status was compromised and attempts at resuscitation failed and the patient was pronounced dead. The patient passed in the operating room from blood loss. It was the bleeding that caused the cardiovascular arrest. It was believed that the acetabular component had some type of contact with the pelvic artery and when the cup was removed the bleeding from the artery could not be stopped.

---

[230] Dr. Jove @ excel orthopaedics.pdf p.4

Given the patient and device history and information presented above, within the bounds of reasonable engineering and scientific certainty, it is my professional opinion that:

**The Pinnacle MoM hip replacements are defective because they utilize a MoM bearing surface.**

Depuy's decision to utilize a MoM bearing surface without adequate testing presents an unreasonable risk of harm. No studies or clinical experience with MoM hip implants have ever shown clinical superiority compared to other total hip replacements available, such as metal on polyethylene or ceramic of polyethylene. Instead, even with reports where survivorships appeared comparable, MoM hip implants always resulted in concerning increases in metal ion levels within the patients. This history was known to Depuy. However, Depuy failed to conduct adequate pre-market tests designed to evaluate whether its Pinnacle MoM hip implants would avoid the same history of failure as predicate MoM implants.

History has repeated itself with MoM hip implants again, and the Pinnacle implants are no exception. The design of these particular implants represents an unreasonable risk of harm to patients, particularly due to the demonstrable release of metal wear and metal ions from the articulating surface leading to negative clinical outcomes.

**The Pinnacle MoM hips are defective because they do not meet the design objective of reducing particular wear generation.**

Depuy purposely discussed wear of Pinnacle MoM devices from the standpoint of volume or weight loss measurements. They mislead the market and surgeons by touting the fact that in wear tests, Pinnacle MoM devices exhibited less volume loss or less weight loss than metal on pe. They claimed that these volumetric and mass loss measurements would reduce the incidence of adverse metal reactions to metal debris. However, Depuy was well aware that the number of metal particles was actually HIGHER then the number of pe particles due to the small size of the metal debris.

As reduced wear was the key marketing feature of the Pinnacle MoM Hip, this claim was demonstrably false.

**The Pinnacle MoM Hips are defective in design because they expose patients to an untested trunnion.**

Similarly, Depuy's lack of adequate testing extends to the connection between the femoral head of the Pinnacle devices and the femoral stem to which the heads connect. Depuy did not adequately test whether the different design of the Pinnacle MoM Hip system would impact the trunnion of these devices in a way that could cause negative clinical outcomes. Patients are exposed to an unreasonable risk of harm when a manufacturer allows devices to be implanted without adequate testing. With the trunnion of a MoM hip implant, the concern is mechanical and chemical interaction between the stem and head components. Corrosion is a substantial concern, as is mechanical wear. For the Pinnacle MoM Hip Replacement, the failure to adequately test the trunnion connection of these implants before selling and implanting them in patients resulted in an unreasonable risk of harm. The design of the trunnion connection in each of these implants represents an unreasonable risk of harm to patients due to the increased risk of fretting, galling and/or corrosion leading to negative clinical outcomes.

**The Pinnacle MoM Hips are defective because Depuy's failure to adequately test the devices means Depuy was incapable of adequately warning the public of the dangers.**

Depuy's failure to adequately test the Pinnacle bearing surface or trunnion connection for negative clinical outcomes, despite the known danger of MoM hip implants, by necessity means that Depuy ensured that it would be incapable of adequately warning the public about the dangers of these implants.  A review of the Instructions for Use confirms the inadequacy of Biomet's warnings.

**Pinnacle MoM implants are defective because Depuy's Incorrect Recitation Of Literature Relating To MoM Hips In Its Marketing Creates An Unreasonable Risk of Harm**

Depuy's incorrect recitation of medical literature relating to MoM hip implants represents an unreasonable risk of harm to patients.  Based on Depuy's marketing, medical literature would support the use of MoM hip implants in comparison to implants utilizing polyethylene and concerns regarding metal wear would be inconsequential.  In combination with their statements about the Pinnacle implants, an individual who trusts Depuy to give accurate information would be led to believe that there is no cause for concern in utilizing a MoM bearing and, especially, Pinnacle MoM bearings.  Unfortunately, the literature, including publications in journals and joint registries, does not support the propositions for which Depuy cited them. In fact, such literature consistently warned about the concerns regarding MoM implants, given their history of failure.

_____

Stephen Li, PhD