UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-0040-GW-JCx | Date | May 6, 2025 |
|---|---|---|---|
| Title | *Daniellle Mercier for Estate of Todd M. England v. DePuy Orthopaedics, Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**


A Joint Notice of Settlement [174] was filed on May 5, 2025. The Court vacates all currently set dates, and sets an order to show re: settlement hearing for July 7, 2025 at 8:30 a.m. The parties are to file a stipulation to dismiss, or a joint status report by noon on July 3, 2025.

                                                                                                              :
                                                          Initials of Preparer   JG